BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|   |   |
|---|---|
| In Re VIOXX® Products Liability Litigation | MDL Docket No. 1657 |

**MERCK & CO., INC.'S REASONS
WHY ORAL ARGUMENT SHOULD BE HEARD**

Merck & Co., Inc. ("Merck") respectfully submits that, for the reasons set forth in Merck's § 1407 motion and brief in support thereof, this is a significant matter involving multiple individual lawsuits pending in various federal district courts nationwide, and that oral argument is appropriate to address the issues raised by Merck's Motion for Coordinated Pre-Trial Proceedings Pursuant to 28 U.S.C. § 1407.

Dated: October 21, 2004

Respectfully submitted,

HUGHES HUBBARD & REED LLP

_____
Norman C. Kleinberg
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)

Attorneys for Merck & Co., Inc.

NY 893055_1