**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| IN RE:VIOXX® PRODUCTS LIABILITY LITIGATION | ) | MDL DOCKET No. 1657 |
| | ) | |
| | ) | |

**Rule 7.2(a)(ii) Schedule of Actions**

| PLAINTIFF | DEFENDANTS | DISTRICT COURT Where PENDING | DIVISION Where PENDING | CIVIL ACTION NO. | JUDGE Assigned |
|---|---|---|---|---|---|
| Danny M. Wilson | Merck & Co., Inc. | Ala.M | Montgomery | 2:03-cv-00844–MEF-DRB | Hon. Mark E. Fuller |
| Paul Turner, Sr., an individual | Merck & Co., Inc.; Fictitious Defendant "A," being that person, corporation, or other legal entity who or which designed, distributed, manufactured, advertised, sold or otherwise placed into stream of commerce the drug known as "VIOXX"; Fictitious Defendant "B," that person, corporation or other legal entity who or which was responsible for adequately testing, for the condition and safety of the drug known as "VIOXX"; Fictitious Defendant "C," that person, corporation, or other legal entity who or which was responsible for providing instructions for use or adequate warnings to | Ala.M | Southern | 1:04-cv-999-C | Magistrate Judge Charles Coody |

| PLAINTIFF | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | CIVIL ACTION NO. | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| | persons of the dangers associated with the defects of the drug known as "VIOXX"; Fictitious Defendant "D," that person, corporation, or other legal entity whose negligence, wantonness, misrepresentation, suppression, breach of contract, breach of warranty or other wrongful conduct proximately caused the Plaintiffs' injuries and damages alleged Herein or combined and concurred with the Conduct of other named and fictitious defendants to cause the injuries and damages alleged herein; Fictitious Defendant "F," being the successors in interest to the above named defendants and fictitious defendants | | | | |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT AMENDED PLEADING | DIVISION PAYMENT PREMIUM | CASE NUMBER | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| William Cook | Merck & Co., Inc.; Amerisource Corporation; Bergen Brunswig Drug Corporatation; Amerisourcebergen; Robert Wall; Gary Harlan; Nikki N. Windham; | Ala.N | Southern | 02-CV-2710 | Magistrate Judge Robert R. Armstrong, Jr. |
| Carolyn O. Hensley, as Executrix of the Estate of Henry Lee Hensley, deceased | Merck & Co., Inc. | Ala.N | Eastern | 03-CV-906 | Hon. Karen O Bowdre |
| Carolyn Younge, Individually and as the Administratix of the Estate of Charles Marvin Younge, deceased | Merck & Co., Inc. | Ala.S | Mobile | 1:03-cv-00125–M | Magistrate Judge Bert W. Milling Jr. |
| Linda Sue Otts, An Individual Plaintiff | Merck & Co., Inc. | Ark.E | Pine Bluff | 04-CV-57 | Hon. William R. Wilson |
| Bobby Brown; Linda Brown | Merck & Co., Inc.; Wal-Mart | Ark.W | Texarcana | 04-cv-4140 | Hon. Harry F. Barnes |
| Arthur Fulton, As administrator of the estate of Rebeka Kayla Schultz Fulton, Deceased | Merck & Co., Inc. | Ark.W | Hot Springs | 03-CV-6107 | Hon. Harry F. Barnes |
| Charles Ashman, and All Those Similarly Situated | Merck & Co., Inc.; Does, 1 through 200 inclusive | Cal.C | Western Division – Los Angeles | 2:04-cv-08225–GPS-MAN | Hon. George P. Schiavelli (Referred to Magistrate Judge Margaret A. Nagle) |
| Robert V. Purcell | Merck & Co., Inc.; Does, 1 through 100 inclusive | Cal.S | San Diego | 04-cv-2089 | Hon. Roger T. Benitez and Hon. William McCurine, |

| PLAINTIFFS | DEFENDANTS | DISTRICT (Court Within Which) | DIVISION (Action Pending) | (C.A. No.) | JUDGE (Assigned) |
|---|---|---|---|---|---|
| | | | | | Jr. (Magistrate Judge) |
| Josefa Abraham; Maria P. Alvarez; Jose Andino | Merck & Co., Inc. | Fla.S | Miami-Dade | 04-22631-CIV | Hon. Jose E. Martinez |
| Sidney Schneider | Merck & Co., Inc. | Fla.S | Miami-Dade | 04-20854-C08 04-22632-CIV | Hon. Federico A. Moreno |
| Richard Zellmer, an Individual | Merck & Co., Inc. | Ga.M | Atlanta | 1:03-cv-02530–RWS | Hon. Richard W. Story |
| Linda Grant; Larry Chartrand, individually and on behalf of all others similarly situated | Merck & Co., Inc. | Ill.N | Chicago | 1:04-CV-6407 | Hon. Wayne R. Andersen |
| Constance Oswald, on Behalf of Herself and All Others Similarly Situated | Merck & Co., Inc. | Ill.N | Eastern | 04-CV-6741 | No judge presently assigned |
| Anita Ivory | Merck & Co., Inc. | Ill.N | Eastern | 04-CV-6762 | No judge presently assigned |
| Diana Caruso, Individually and on Behalf of All Others Similarly Situated | Merck & Co., Inc. | Ill.S | No Divison | 04-0759GPM | No judge presently assigned |
| Roberta Walson, individually and as Administrator of the Estate of Willie Walson, Jr. | Merck & Co., Inc. | Ill.S | East St. Louis | 3:04-cv-00027–GPM | Hon. G. Patrick Murphy (Referred to Magistrate Judge Gerald B. Cohn) |
| Carla A. McCullough | Merck & Co., Inc. | Ind.S | Indianapolis | 1:03-cv-01523–LJM-TAB | Hon. Larry J. McKinney (Referred to Magistrate Judge Tim A. Baker) |
| The Estate of Lowell D. Morrison, by his Personal Representative | Merck & Co., Inc. | Ind.S | Indianapolis | 1:03-cv-01535–SEB-VSS | Hon. Sarah Evans Barker (Referred to Magistrate Judge V. Sue Shields) |

| PLAINTIFFS | DEFENDANTS | DISTRICT WHERE CURRENTLY PENDING | DIVISION WHERE PENDING | CASE NUMBER | JUDGE |
|---|---|---|---|---|---|
| Patricia L. Morrison | | | | | |
| Kimberly Van Jelgerhuis; Kevin Henderson; Janice Baum; Darai Briner, as Personal Representative of the Estate of His Mother, Phyllis Briner; Ruben Portillo, Individually and as Heir of Elvira M. Pena | Merck & Co., Inc. | Ind.S | Indianapolis | 1:04-cv-01651-RLY-WTL | Hon. Richard L. Young |
| Vicky Hunter, Individually and on behalf of all others similarly situated | Merck & Co., Inc | Kan. | N/A | 2:04-CV-02518-CV-JPO | Hon. Carlos Murguia (Referred to Magistrate Judge James P. O'HAra) |
| Richard J. Getty; Della Stamper | Merck & Co., Inc. | Ky.E | Lexington | 5:04-cv-00452–JMH | Hon. Joseph M. Hood |
| Angelis Alexander, Individually and on Behalf of All Others Similarly Situated | Merck & Co., Inc. | La.E | New Orleans | 04-CV-2845 | Hon. Martin C. Feldman |
| Salvadore Christina, Sr., Individually and on Behalf of All Others Similarly Situated | Merck & Co., Inc. | La.E | New Orleans | 04-cv-2726 | Hon. Jay C. Zainey |
| Michael Wayne Russell | Merck & Co., Inc. | La.M | Baton Rouge | 04-CV-712 | Hon. John V. Parker |
| Norma Merrit; Fran Allegretto; Voncellie Harris Terminated 09/22/2004; Comecia | Merck & Co., Inc. | La.W | Shreveport | 5:03-cv-01401–SMH-RSP | Hon. S. Maurice Hicks (Referred to Magistrate Judge Roy S. Payne) |

| PLAINTIFFS | DEFENDANTS | DISTRICT Court where pending | DIVISION where pending | CIVIL ACTION No. | JUDGE |
|---|---|---|---|---|---|
| Anderson; Ruthie Baylor; Izeal Coleman Terminated 09/22/2004; Lewis Provo Terminated 09/22/2004; Renae Johnson Terminated 09/22/2004; Ivor Jackson Terminated 09/22/2004; Gloria Abner Terminated 09/22/2004; Armie Abner Terminated 09/22/2004; Lawsie Marsh Terminated 09/22/2004; Jo Ann McDonald Terminated 09/22/2004; Magaline Brooks; Gwen Phillips Terminated 09/07/2004; Latonya Hardman Terminated 09/07/2004; Sherelle Netter Terminated 09/07/2004; Carlos Netter; Thomas Allen Cox Terminated 09/07/2004; Izanna Thompson Terminated 09/22/2004; Nellie Leon Terminated | | | | | |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT/DIVISION WHERE PENDING | DIVISION WHERE PENDING | CIVIL ACTION | RELIEF |
|---|---|---|---|---|---|
| 09/22/2004; Thelma Rice; Donnie Jackson Terminated 09/22/2004; Wanda Watts Terminated 09/22/2004; Loyd Paul Westfall Terminated 09/22/2004; Letha Westfall Terminated 09/22/2004; Earnest Carpenter Terminated 09/22/2004; Deloris Maddox Terminated 09/22/2004; Clarence Collins Terminated 09/07/2004; Henry Garcie Terminated 09/22/2004; Brenda Atkins Terminated 09/22/2004; Desmain Whaley Terminated 09/22/2004; Kristen Westfall Terminated 09/22/2004; Shirley Adams Terminated 09/22/2004; Billy Hamilton, Sr Terminated 09/22/2004; Billy Hamilton, Sr | | | | | |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | COURT | JUDGE |
|---|---|---|---|---|---|
| Terminated 09/22/2004; Lula Haley Terminated 09/22/2004; Audrey Jackson Terminated 09/22/2004; Felice Dupree Terminated 09/22/2004; Era Dennis Terminated 10/12/2004; Carol Gipson Terminated 09/22/2004; Elizabeth Arant Terminated 09/22/2004; Judy Atkins Terminated 09/22/2004; Mary Kersee; Ethel Smith Terminated 09/22/2004; Mia Jenkins Terminated 09/22/2004; Stacy Abraham Terminated 09/22/2004; Mattie Garcie; Ebony Gibson Terminated 09/22/2004; Clematine Armstrong Terminated 09/22/2004; Reginald Poland | | | | | |

| PLAINTIFF | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | STATE CONTINENT | INDEX |
|---|---|---|---|---|---|
| Terminated 09/07/2004; Minnie Payne; Bessie Skinner Terminated 09/22/2004; Audrey Jackson Terminated 09/22/2004; Misa Maxi Terminated 09/22/2004; Dorothy Woods Terminated 09/22/2004; Paula Jackson Terminated 09/22/2004; Kathy Davis Terminated 09/22/2004; Judie White Terminated 09/22/2004; James Upshaw; Sheila Kemp Terminated 09/22/2004; Bertha Mason Terminated 09/22/2004; Dorothy Kelly Terminated 09/22/2004; Phillip Pennywell, Jr Terminated 09/22/2004; Ronnie Davis Terminated 09/07/2004; Toni Tobin | | | | | |

| PLAINTIFF | DEFENDANT | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | DATE FILED | CIVIL NO. | COURT RESPONSE |
|---|---|---|---|---|---|---|
| Terminated 09/07/2004; Chyral D Bush Terminated 09/22/2004; Calvin Hall; Joe Ree Edwards; Harrold Murray Terminated 09/22/2004; Billy M Eagan Terminated 09/22/2004; Clara Scott Terminated 09/22/2004; Frances Gaston Terminated 09/22/2004; Burnett Fuller Terminated 09/22/2004; Katherine Greenhouse Terminated 09/22/2004; Cora Ruben Terminated 09/22/2004; Carrie Perez Terminated 09/07/2004; Leon Bell Terminated 09/22/2004; John Hall Terminated 09/07/2004; Juanita Walker Terminated 09/22/2004; Mary Saxman | | | | | | |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | JOINT ACTION NO. | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| Terminated 09/22/2004; Kim Ambler Terminated 09/07/2004; Margie Grimes Jewel Terminated 09/22/2004; Howard Robinson Terminated 09/22/2004; Joseph Gipson Terminated 09/22/2004; Frederick Anderson; Willis Garner Terminated 09/22/2004; | | | | | |
| Anthony J. Mallet; Priscilla G. Mallet | Merck & Co., Inc.; Christopher Radde Terminated 08/29/2003; Sonja Ragusa Terminated 08/29/2003; James White Terminated 08/29/2003; Stacey Walters Terminated 08/29/2003; Chris Raffe Terminated 05/05/2003; Vincent Maranto Terminated 08/29/2003; John Matthews Terminated 08/29/2003; Sonya Brantley | La.W | Lake Charles | 2:02-cv-02304–JTT-APW | Hon. James T. Trimble, Jr. |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | CIVIL ACTION NUMBER | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| | | Terminated 08/29/2003 | | | |
| Frank R. Saia | Merck & Co., Inc. | Mass. | Boston | 1:04-cv-12166-RCL | Hon. Reginald C. Lindsay |
| Melvin Biles | Merck & Co., Inc. | Md. | Baltimore | 1:04-cv-00975-CCB | Hon. Catherine C. Blake |
| Lindsey Edler, Individually and as Personal Representative of the estate of William Dale Edler, Deceased and on Behalf of the Wrongful Death Beneficiaries of William Dale Edler: Gail Lynn Edler and Shawn C. Edler and Lindsey Edler | Merck & Co., Inc. | Md. | Baltimore | 1:03-cv-03612-CCB | Hon. Catherine C. Blake |
| David Morris, Jr. | Merck & Co., Inc. | Md. | Greenbelt | 8:04-cv-03024-AW | Hon. Alexander Williams Jr. |
| Lowell Burris, Jr. | Merck & Co., Inc. | Minn. | DMN | 0:04cv-04375-ADM-AJB | Hon. Ann D. Montgomery (Referred to Magistrate Judge Arthur J. Boylan) |
| Carolyn Y. Glover | Merck & Co., Inc. | Minn. | DMN | 0:03-cv-05166-JMR-FLN | Hon. James M. Rosenbaum (Referred to Magistrate Judge Franklin L. Noel) |
| Frances Shannon; John Shannon | Merck & Co., Inc.; Economy Drugs of Clarksdale, Inc. | Miss.N | Delta | 2:03-CV-105-DB | Hon. Glen H. Davidson |
| Betty J. Magee; Janet Kerrs; Lula Eckols; Melissa Sykes; Louise McMillan | Merck & Co., Inc.; G.D. Searle and Company; Pharmacia Corporation; | Miss.S | Hattiesburg | 03-CV-249 | Hon. L.T. Senter, Jr. |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | CIVIL ACTION | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| | Monsanto Company; Pfizer, Inc.; Chris H. Benson; Hattiesburg Clinic Professional Association; Lance Line; Andrea Smith; David Lane Lee; Salvadore Petilos; William Barr; Richard A. Waller; Caleen Wolf; Cassandra Faye Thomas; Andrea Balconis; Naeem Haider; Todd Willis; David Ball | | | | |
| Brenda Price; Bobby Ray Price | Merck & Co., Inc. | Miss.S | Jackson | C-04-CV-866-LN | Hon. Tom S. Lee |
| Leona McFarland; Antoinette Abram; Stephanie Morgan; Jessie Lee Jones; Tommy Lee Eckols; Sharon Johnson; Susan Gunn, cross-claimant; Logans Discount, cross-claimant Terminated 5/29/2003 | Merck & Co., Inc.; G.D. Searle LLC; Monsanto Company; Pfizer, Inc.; John F. Hassell; David C. Weiss; Susan Gunn; Victor Horn Terminated 5/29/2003; Roger Weiner; Patricia Griffith; Fred's Express; Columbia Discount Drugs; Super D # 143; Logans Discount Terminated 5/29/2003; Quitman Drug Company Terminated | Miss.S | Hattiesburg | 03-CV-247 | Hon. L. T. Senter, Jr. |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | CASE # FROM WHICH REMOVED | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| | 9/24/2004; Delta Discount Drugs; G.D. Searle LLC, cross-defendant; Monsanto Company, cross-defendant; Pfizer, Inc., cross-defendant | | | | |
| Janet Sue Morgan; Eddie William Adams, on behalf of Janet Adams, deceased; Tracy Brown, on behalf of Stephen Anthony, deceased; Eunice Chapman; Reginald Early; Geneva L. Flanagan; Jerry Gough; Josphine Halbert; Roy Harmon; Gene Holmes; Willie Mae Hopkins on behalf of Emma Conner, deceased; Camilla Faye Hudson; Annie Jones; Tonya Lynn King; Joe W. Logan; Linder Maynor; Bessie McNeil; Rachel Moulds, on behalf of Alice Lessie Atchley; Annie Norwood; Frances Ann Oliver, on behalf of Kenneth | Merck & Co., Inc.; Randall Smith, M.D.; John Does, whose true names are presently unknown to the plaintiff but will be substituted by amendment when ascertained; Gwen Cooper; Dusty Watts; Lori Miller | Miss.S | Jackson | 03-CV-435 | Hon. Henry T. Wingate |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WITHIN DISTRICT | CIVIL ACTION NUMBER | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| Ray Oliver deceased; Mary Parsons; Eddie William Payton; Riella Pegues; Susie M. Powell; James Smith; Lamont Starling; Barbara Tucker; James Howard Warren; Rosie C. Wheaton | | | | | |
| Jurhee Bench, Individually and on Behalf of All Others Similarly Situated | Merck & Co., Inc. | Mo.E | Eastern | 404CV01447DDN | No judge presently assigned |
| Janice Perkins, Individually and on Behalf of All Others Similarly Situated | Merck & Co., Inc. | Mo.E | Eastern | 404CV01446HEA | No judge presently assigned |
| Deyonne E.Whitmore | Merck & Co., Inc. | Mo.E | St. Louis | 4:03-cv-01354-ERW | Hon. E. Richard Webber |
| Caroline Nevels | Merck & Co., Inc. | Mo.W | Kansas City | 4:04-cv-00952-DW | Hon. Dean Whipple |
| Carol Green Richardson | Merck & Co., Inc. | Mo.W | Kansas City | 4:04-cv-00953-ODS | Hon. Ortrie D. Smith |
| Dominick Lettieri Terminated 08/01/2001; Mary Lombardozzi Terminated 08/01/2001; Alex Cain; William Watkins; Bobbie Moss | Merck & Co., Inc. | NYE | Brooklyn | 1:01-cv-03441 | Hon. Sterling Johnson Jr. |
| Jerome Covington | Merck & Co., Inc. | NYE | Brooklyn | 1:04-cv-04439-CPS-JMA | Hon. Charles P. Sifton (Referred to Magistrate Judge |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT IN WHICH PENDING | DIVISION WHERE PENDING | CASE NUMBER (S) | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| | | | | | Joan M. Azrack) |
| William Hanson | Merck & Co., Inc. | NYE | Brooklyn | 1:04-cv-02949–ILG-RLM | Hon. I. Leo Glasser (Referred to Magistrate Judge Roanne L. Mann) |
| Lawrence Wright; Dawn Wright | Merck & Co., Inc. | NYE | N/A | CV-04-4485 | Hon. Sandra J. Feuerstein (Magistrate Judge Arlene R. Lindsay) |
| William Fontanetta; Robin Fontanetta | Merck & Co., Inc. | NYE | N/A | CV-04-4486 | Hon. Thomas C. Platt |
| Elizabeth Aiken, as administratix of the Estate of Mary Aiken and Kenneth Aiken | Merck & Co., Inc. | NYS | Foley Square | 1:04-cv-08085 | Hon. Deborah A. Batts |
| Ellis Broadway Jr. | Merck & Co., Inc. | NYS | White Plains | 7:02-cv-02970-CLB-GAY | Hon. Charles Brieant (Referred to Magistrate Judge George A. Yanthis) |
| Laney C. Davis | Merck & Co., Inc. | NYS | Foley Square | 1:04-cv-08082-GBD | Hon. George B. Daniels |
| Anna Quick, Individually and on Behalf of All Others Similarly Situated | Merck & Co., Inc. | NYS | N/A | 04-CV-8169 | Hon. Charles Brieant |
| Janet Dauterman; Rod Dauterman; Ryan Dauterman; Brock Dauterman; Holly Dauterman | Merck & Co., Inc. | Ohio.N | Toledo | 3:03CV7623 3:03-cv-07623-JGC | Hon. James G.Carr |
| Paul E. House | Merck & Co., Inc. | Ok.W | Oklahoma City | 5:04-cv-01235 | Honorable Stephen P. Friot |
| Henry Smith; Mary Smith, (H/W) | Merck & Co., Inc. | Pa.E | Philadelphia | 2:04-CV-04713–JS | Hon. Juan R. Sanchez |
| Michelle Donovan | Merck & Co., Inc. | Pa.E | Philadelphia | 2:04-cv-04882-RB | Hon. Ronald L. Buckwalter |
| Bridget Elaine Michaud, | Merck & Co., Inc. | SC | Florence | 03-cv-3083 | Hon. Terry L. Wooten |

| PLAINTIFF | DEFENDANTS | DISTRICT COURT WHERE MOTION PENDING | DIVISION WHERE PENDING | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|---|---|
| Individually and as Personal Representative on Behalf of the Estate of Andre Adrian Michaud, decedent | | | | | |
| Deborah Daley, Individually and as Representative of the Estate of Robert Leon Daley and as Next Friend for Scott A. Daley, a Minor; Robert Leon Daley, Estate of; Scott A. Daley, a Minor; Shirley Daley Mann | Merck & Co., Inc. | Tex.E | Tyler | 6:03-cv-00509–LED-JKG | Hon. Leonard Davis (Referred to Magistrate Judge Judith K. Guthrie) |
| Leonard Lassig; Dellas Staples Terminated 10/20/2003; Billy Staples; Travis Brumfield; Eugene Baldoni; Elizabeth Pearson V. Consol Plaintiff – Carolyn Pearson; Sandra Thompson Terminated 10/20/2003; John Thompson; Travis Brumfield; Nina Bias Terminated 10/20/2003; Byron Bias; Jerry Ingle Terminated 10/07/2004; Ruby Ingle Terminated 10/07/2004; Mary | Merck & Co., Inc.; Harvey Resnick, M.D. Terminated 8/16/2004; R/D Clinical Research, Inc. Terminated 08/16/2004; | Tex.N | Dallas | 3:03-cv-00180 | Hon. Barbara M.G. Lynn |

| PLAINTIFF | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | CIVIL ACTION NO. | JUDGE ASSIGNED |
|-----------|------------|---------------|----------|----------|--------|
| Gibson; Andrew Jones Terminated 10/20/2003; Talmadge Varnado Jr. Terminated 10/20/2003; Carolyn Varnado; Sharon Briggs Terminated 10/20/2003; Robert Briggs; Joyce Bolen Terminated 10/20/2003; Larry Bolen; Alice Bowins Terminated 10/20/2003; Sandra Colvin-Griffith Terminated 8/31/2004; Antwinette Clursky Terminated 10/20/2003; David Conditt Terminated 10/20/2003; Kathy Conditt; Johnny Lee Davis Terminated 10/20/2003; Paul Garcia Terminated 10/20/2003; Michael Joiner Terminated 10/20/2003; Sherri Joiner; Homer Kennedy, Sr. Terminated | | | | | |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHICH PENDING | CIVIL ACTION N | MERIT SECOND |
|---|---|---|---|---|---|
| 10/07/2004; Julie Kennedy Terminated 10/07/2004; Clinton Lenormand Terminated 10/20/2003; Pamela Lenormand; Carolyn Smith; Eric Smith; Rose Linda Staton, individually and as personal representative of the heirs and estate of David Wayne Staton, deceased; Carolyn Taucer Terminated 10/20/2003; Albert Taucer; Linda Mitchell Terminated 10/20/2003; Robert Mitchell; Marjorie Tucker Terminated 10/20/2003; Jerry Tucker; Chip Valdone; Deborah Kearns Terminated 10/20/2003; Sandra Bareham; Scott Bareham Terminated 10/20/2003; Scott Knowles Terminated 10/20/2003; | | | | | |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|---|---|
| Katrina Knowles; Alysoun Holland Terminated 10/20/2003; Michael Holland; Robert Camp, individually and as personal representative of the heirs and estate of Mary Camp, deceased; Anna Barrett, individually and as personal representative of the heirs and estate of Wiley Barett Jr., deceased Terminated 10/20/2003; Scott Nickell Terminated 10/20/2003; Leonard Lassig; Martha Lassig; Ashley Lassig, a minor child | | | | | |
| Teresa Brannon Ward, et uxor | Merck & Co., Inc. | Tex.N | Dallas | 3:04-cv-00616 | Hon. Jane J. Boyle |
| Michael R. Leonard | Merck & Co., Inc. | Tex.N | Dallas | 3:04-cv-02157 | Hon. David C. Godbey |
| Jack A. Register; Anne Register | Merck & Co., Inc.; Ivan Dixon | Tex.N | Dallas | 04-CV-2259-R | Hon. Jerry Buchmeyer |
| Opalene Stringer, Individually, and as Representative of the Estate of Lelan Stringer, terminated 11/14/2003 (deceased); Steven | Merck & Co., Inc. | Tex.S | Houston | 4:03-cv-03657 | Hon. Vanessa D. Gilmore |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | DATE ACTION FILED | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| Patterson; Margaret Pearson Myer; Helen Portis Carter; Maria Posada; Gail Powers; Carolyn Pradia; Vivian Punch; Marshall Pyron; Jean Rady; Darrell Ray, Sr.; Lori Reynolds; Epifanio Rivera; Lorna Roberts; Teddy Robertson; Oscar Robinson; Jose Rodriguez; Hank Rogers; Trina Royston; Richard Saylor; Robert Simmons; Patricia Simpson; Weavis Small; Georgia Smith; Melody Smith; Sheilah Steard; Jimmy Taylor; Susan Taylor; Tammy Taylor; Gerladine Thomas; Leslie Thomas; Clifton Thomas, Jr.; Ray Thompson; Socorro Trevino; Marvin Turner; Margarita Villarreal; Dorethea Walker; Juanita Walker; Sherry Walker; Daisy Walling; | | | | | |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | CASE NO. | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| Glenda Walters; Ellen Ward; Betty Warren; Ester Watkins; Ronald Wentling; Erwin Wessels; Johnny Whiteside; Ula Whitton; Bobby Wickware; Littie Wiley; Belinda Williams; Theresa Williams; Diane Wofford; Carol Wood; Phyllis Woodall; Alice Wright; Brenda Yarbrough | | | | | |
| Myrtle Louise Bell; Ernest Barrington; Flora Berry; Arthur Bogdany; Sandra Bronze; Fredrick Brooks; Mary Brow; Wattie Brown; Patricia Buck; Willie Burrell; Homer Carney; Alice Cebrum; Della Chane; Cynthia Childress; Mary Clark; Marsha Clayton; Lula Coleman; Becky Cryer; David Dahl; Mary Diaz; Shirley Duncan; Claudia Elam; James England; Betty Flanikan; James Forbes; | Merck & Co., Inc.; MD Harvey Resnick; R/D Clinical Research Inc. | Tex.S | Galveston | 3:03-cv-00412 | Hon. Samuel B. Kent |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | TRIAL EXPECTED? | FILED / SERVED |
|---|---|---|---|---|---|
| Sharon Futrell; Margaret Gajdosik; Janie Geryak; Mark Graves; Marvinette Gray; Donald Hafemann; Reba Hannah; Larry Hardin; Regina Harrell; Lloyd Haynes; Lawrence Hermis; Alvin Hodges; Thelma Hogue; Judy Hubbs; Jerry Hutson; Lendia Jackson; Tracy James; Charles Jobe; Willie Johnson; Gordon Kenne; Mary Knox; Elva Lawson; Gary Lee; Ernest Logsdon; Rifaat Mankarious; Euardo Molina; David Morton; Mary Newton; David Owen, III; Claudia Phelan; Laura M. Phillips; Alvin Platt, Jr.; Josefa Ramirez; Pete Reyna; Brian Rhodes; George Rhodes; Mary Richter; Katherine Roberts; Lonnie Robinson; Dorothy Rodriguez; Vivian | | | | | |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | | JUDGES |
|---|---|---|---|---|---|
| Rodriguez; Larry Ross; Olga Ross; Sonsuray Ross; Shelvy Russell; Nora Schuhrke; Buncy Seago; Ahmed Shah; Ahmed Shaw; Marie Shields; Ovie Simpson; Billy Skipworth; Charles Sorge; Richard Stech; Dimitri Taylor-Beck; James Teagve; Ernest Tucholski; Lamar Wallace; George Ward; Willie Ward; Willard Wardlow; Jummy Watson; Lonzine Watson; Charlotte Williams; Josephine Williams; John Wilson; Fred Worsley | | | | | |
| Patricia Benavidez, Individually and as Representative of the Estate of Lucia Gutierrez | Merck & Co., Inc.; M.D. Carlos Cigarroa Terminated 04/15/2004 | Tex.S | Laredo | 5:03-cv-00134 | Hon. Keith P. Ellison (Referred to Magistrate Judge Adriana Arce-Flores) |
| The Heirs of the Estate of Pablo Flores, Individually and on Behalf of the Estate | Merck & Co., Inc.; Randy Fuentes, MD Terminated 03/12/2004 | Tex.S | Corpus Christi | 2:03-cv-00362 | Hon. Hayden W. Head Jr. |
| Thomas Joseph Pikul, as | Merck & Co., Inc.; Merck-Medco | Tex.S | Houston | 4:03-cv-03656 | Hon. Lynn N. Hughes |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WITHIN DISTRICT | CIVIL ACTION NO. | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| Administrator of the Estate of Paul Pikul Deceased | Managed Care Inc. Terminated 04/27/2004 doing business as Merck-Medco RX Services; M D L Stayton Halberdier Terminated 08/16/2004; M D Helen Schilling Terminated 04/27/2004 | | | | |
| Kimberly D. Stubblefield, Individually and as Representative of The Estate of Keith Jerome Stubblefield and A/N/F of Keith Jerome Stubblefield, Jr., a minor child, Koretta Lashay Stubblefield, a minor child, Kendall Wayne Stubblefield, a minor child, and Kedric; Keith Jerome Stubblefield, Jr., a minor child; Koretta Lashay Stubblefield, a minor child; Kendall Wayne Stubblefield, a minor child; Kedric Roy Stubblefield, a minor child | Merck & Co., Inc.; MD Harvey Resnick Terminated 07/27/2004; R/D Clinical Research, Inc. Terminated 07/27/2004; Medco Health Solutions Inc. | Tex.S | Houston | 4:02-cv-03139 | Hon. Vanessa D. Gilmore |

| PLAINTIFFS | DEFENDANTS | DISTRICT (Court Where Pending) | DIVISION (Where Pending) | (Case Number) | (JUDGE) Presiding |
|---|---|---|---|---|---|
| Jeffrey L. Denny; Molly J. Denny | Merck & Co., Inc. | Tex.S | Galveston | 3:04-cv-00526 | Hon. Samuel B. Kent |
| Olga Sanchez | Merck & Co., Inc.; Dario Arango, M.D., P.A. D/B/A Arango Family and Industrial Clinic; Dario Arango, M.D.; Emery L. Suderman, D.O. | Tex.S | McAllen | 04-CV-352 | Hon. Ricardo H. Hinojosa |
| Charles Zajicek, Individually and as Representative for the Estate of Vanessa Zajicek, deceased; Joe Janacek, as Next Friend for Jeoseph Janacek and Bridget Janacek, surviving children of Vanessa Zajicek, deceased | Merck & Co., Inc.; Amerisource, Inc.; Bergen Brunswig Drug Company D/B/A Amerisourcebergen and Dana Foster, P.A. | Tex.S | Victoria | V-04-CV-95 | Hon. John D. Rainey |
| Patricia Benavides, Individually and as Representative of the Estate of Juan Benavides, deceased | Merck & Co., Inc.; Amerisource, Inc.; Bergen Brunswig Drug Company D/B/A Amerisourcebergen; Dr. David Dennis | Tex.S | Laredo | L-04-CV-153 | Hon. George P. Kazen |
| John P. Eberhardt | Merck & Co., Inc. | Tex.S | Houston | 4:03-cv-01380 | Hon. Lynn N. Hughes |
| Carolyn Eller, Individually and as Representative for the Estate of Dale Eller, as Next Friend of Kenneth II, surviving minor son of Dale Eller, | Merck & Co., Inc.; Amerisource, Inc.; Bergen Brunswig Drug Company D/B/A Amerisourcebergen; Dr. Donald Plowman | Tex.S | Victoria | V-04-CV-96 | Hon. John D. Rainey |

| PLAINTIFF | DEFENDANTS | DISTRICT COURT WHERE ACTION | DIVISION WHERE PENDING | CIVIL ACTION NO. | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| deceased; Kevin Eller, as surviving son of Dale Eller, deceased; Heidi Yarborough, as surviving daughter of Dale Eller, deceased | | | | | |
| Joe Hopson, Individually and as Representative of the Estate of Kay Faubion Hopson | Merck & Co., Inc.; Harvey Resnick M.D.; R/D Clinical Research, Inc.; Nancy Foster, M.D. | Tex.W | Austin | 04-CV-485 | Hon. Sam Sparks |
| Della Jo Salt; Betty Householder; Charles Evans; Don Berchtold; Kenneth C. Winward; Leroy Gunn; Margaret Helen Goodell; Richard David Baca; Sally Cole; Joyce Crawford Safford; Barbara De Luca; Ward Wright; Yvonne O. Jackson; Gorman Reagan; Stan Giles; Clement Piscitello, as heir of Audrey L. Piscitello; Alison Holley, as heir of Audrey L. Piscitello; Meredith Sieper, as heir of Audrey L. Piscitello | Merck & Co., Inc. | Utah | Central | 01-CV-794 | Hon. Tena Campbell |

| PLAINTIFF | DEFENDANT | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | CASE NUMBER | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| Catherine Wheatley, Administratrix of the Estate of Carl Wheatley, deceased | Merck & Co., Inc.; Amerisource-Bergen Corporation, formerly AmeriSource Corporation | Va.W | Big Stone Gap | 2:04-cv-00020–jpj-pms | Hon. James P. Jones (Referred to Magistrate Judge Pamela Meade Sargent) |
| Sara Cheeseman, on behalf of herself and all others similarly situated | Merck & Co., Inc. | Vt. | Brattleboro | 04-CV-261 | Hon. J. Garvan Murtha |

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

```
                                              )
                                              )
                                              )
IN RE:VIOXX® PRODUCTS LIABILITY LITIGATION    )     MDL DOCKET No. 1657
                                              )
                                              )
```

### Addendum to Merck & Co., Inc.'s Rule 7.2(a)(ii) Schedule of Actions

Merck & Co., Inc. submits this addendum to its Rule 7.2(a)(ii) Schedule:

1.    On page 5, *Zellmer v. Merck & Co., Inc.*, No. 1:03-cv-02530–RWS, is venued in the U.S. District Court for the Northern District of Georgia.

2.    On page 23, the correct docket number for *Bell v. Merck & Co., Inc.*, venued in the U.S. District Court for the Southern District of Texas, is 4:03-CV-03448.

3.    On page 25, the following two additional defendants should be added to *Benavidez v. Merck & Co., Inc.*, No. 5:03-cv-00134: Mercy Hospital of Laredo d/b/a Mercy Regional Medical Center; Dennis Cantu.