## CERTIFICATE OF SERVICE

I, William J. Beausoleil, hereby certify that on October 21, 2004, I caused to be served a true and correct copy of Merck & Co., Inc.'s Motion for Coordinated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407, Memorandum in Support of its Motion for Coordinated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 and Exhibits Thereto, Merck & Co., Inc.'s Motion for Expedited Consideration and Exhibits Thereto, Merck & Co., Inc.'s Reasons Why Oral Argument Should be Heard, and Rule 7.2(a)(ii) Schedule of Actions upon the following by United States Mail, First Class postage prepaid:

**ALL COUNSEL PER THE ATTACHED SERVICE LIST**

**ALL CLERKS OF THE DISTRICT COURTS IN WHICH AN ACTION IS PENDING THAT WILL BE AFFECTED BY THESE MOTIONS, PER THE ATTACHED SERVICE LIST**

_____
William J. Beausoleil

*MDL 1657 – In re: VIOXX® Products Liability Litigation*

Before the Judicial Panel on Multi-District Litigation

Service List

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| Ala.M; 1:04cv999-C | Turner | Herman W. Cobb<br>Richard E. Crum<br>Cobb, Shealy, Crum & Derrick, P.A.<br>206 N. Lena Street<br>Dothan, AL 36302<br><br>Hon. Rufus R. Smith, Jr.<br>Rufus R. Smith, Jr. & Associates<br>P.O. Drawer 6629<br>Dothan, AL 36301<br>*Attorneys for Plaintiff Paul Turner* |
| Ala.M; 2:03-CV-00844-MEF-DRB | Wilson | Leila H. Watson<br>Cory, Watson, Crowder & DeGaris PC<br>2131 Magnolia Avenue<br>Suite 200<br>Birmingham, AL  35205<br><br>Ronald S. Goldser<br>Zimmerman Reed, PLLP<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN  55402<br>*Attorneys for Plaintiff Danny M. Wilson* |
| Ala.N; 02-CV-2710 | Cook | Jere L. Beasley<br>Andy D. Birchfield, Jr.<br>J. Paul Sizemore<br>Beasley Allen Crow Methvin Portis & Miles, P.C.<br>PO Box 4160<br>Montgomery, AL  36103-4160<br>*Attorneys for Plaintiff William Cook*<br><br>Thomas E. Walker<br>Lee M. Pope<br>Helen K. Downs<br>Johnston Barton Proctor & Powell LLP |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
| --- | --- | --- |
| | | AmSouth Harbert Plaza, Suite 2900 1901 6th Avenue North Birmingham, AL 35203-2618 *Attorneys for Defendants Amerisource Corporation, Robert Wall, Gary Harlan, and Nikki N. Windham* |
| Ala.N; CV 03-CV-906 | Hensley | Ernest Cory Leila H. Watson Cory Watson Crowder & DeGaris PC 2131 Magnolia Avenue PO Box 55927 Birmingham, AL 35225-5972 *Attorneys for Plaintiff Carolyn O. Hensley* |
| Ala.S; 1:03-CV-00125-M | Younge | Anthony D. Birchfield, Jr. J. Paul Sizemore Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. PO Box 4160 Montgomery, AL 36103-4160 *Attorneys for Plaintiff Carolyn Younge* |
| Ark.E; CV-2003-153 | Otts | Neil Chamberlin Will Bond Bond & Chamberlin 602 West Main Street Jacksonville, AR 72076

J. Paul Sizemore Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. 272 Commerce Street Post Office Box 4160 Montgomery, AL 36103-4160 *Attorneys for Plaintiff Linda Sue Otts* |
| Ark.W; 04-cv-4140 | Brown | Nicholas H. Patton Patton, Tidwell & Schroeder L.L.P. 4605 Texas Boulevard Texarkana, TX 75505-5398

W. Mark Lanier Eugene R. Egdorf Dara G. Hegar Lanier Law Firm 6810 FM 1960 West |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | Houston, TX 77069<br>*Attorneys for Plaintiff for Bobby Brown*<br><br>Jennifer Haskins<br>Assistant General Counsel<br>Tort Litigation Division<br>Wal-Mart Stores, Inc.<br>702 S.W. 8th Street<br>Bentonville, AR 72716-0215<br>*Attorneys for Defendant Wal-Mart Stores, Inc.*<br><br><br>The Company Corporation<br>425 W. Capitol Ave<br>Suite 1700<br>Little Rock, AR 72201<br>No appearance yet entered |
| Ark.W; CV 03-6107 | Fulton | George R. Wise, Jr.<br>The Brad Hendricks Law Firm<br>A Professional Association<br>500 C Pleasant Valley Drive<br>Little Rock, AR 72227<br><br>Leila H. Watson<br>Cory, Watson, Crowder & DeGaris, PC<br>2131 Magnolia Avenue<br>Birmingham, AL 35202<br>*Attorneys for Plaintiff Arthur Fulton* |
| Ca.C; 2:04-CV-08225-GPS-MAN | Ashman | Geoffrey C Mousseau<br>Mousseau and Associates<br>1421 Valverde Place, Suite B<br>Glendale, CA 91208<br>*Attorney for Plaintiff Charles Ashman* |
| Ca.S; 04-CV-2089-RTB-WM | Purcell | Debra L. Hurst, Esq.<br>Loren G. Freestone, Esq.<br>Hurst & Hurst<br>401 West "A" Street, Suite 1825<br>San Diego, CA 92101<br>*Attorney for Plaintiff Robert V. Purcell* |
| Fla.S; 04-22631-CIV | Abraham | John H. Ruiz, P.A. |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | 5040 N.W. 7th Street, Suite 920<br>Miami, FL 33126<br>*Attorney for Josefa Abraham* |
| Fla.S; 04-22632-CIV | Schneider | Ira H. Leesfield<br>John Elliott Leighton<br>Leesfield Leighton Rubio & Boyers,<br>Professional Association<br>2350 South Dixie Highway<br>Miami, FL 33133<br>*Attorney for Sidney Schneider* |
| Ga.N; 1:03-CV-02530-RWS | Zellmer | James Paul Sizemore<br>Beasley Allen Crow Methvin Portis &<br>Miles<br>P.O. Box 4160<br>272 Commerce Drive<br>Montgomery, AL  36103-4160<br><br>Keith Elliot Fryer<br>Segal Fryer Shuster & Lester<br>1050 Crown Pointe Parkway<br>Suite 410<br>Atlanta, GA  30338<br>*Attorneys for Plaintiff Richard*<br>*Zellmer* |
| Ill.N.; 04-CV-6741 | Oswald | Edward T. Joyce, Esq.<br>Arthur W. Aufmann, Esq.<br>Edward T. Joyce & Associates, P.C.<br>11 South LaSalle Street, Suite 1600<br>Chicago, IL 60603<br><br>Patrick J. Sherlock, Esq.<br>11 South LaSalle Street<br>Suite 1600<br>Chicago, IL 60603<br><br>Michael H. Moirano<br>Nisen & Elliott<br>200 West Adams Street, Suite 2500<br>Chicago, IL 60606<br>*Attorneys for Plaintiff Constance*<br>*Oswald* |
| Ill.N; 04-C-6762 | Ivory | Daniel A. Edelman<br>Cathleen M. Combs<br>James O. Latturner |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | Francis R. Greene<br>Edelman, Combs, Latturner & Goodwin, L.L.C.<br>120 S. LaSalle Street, 18th Floor<br>Chicago, IL 60603<br>*Attorneys for Plaintiff Anita Ivory* |
| Ill.N; 04-CV-6407 | Grant | Kenneth Brian Moll<br>Brian Randall Porter<br>Keith D. Jacobson<br>Kenneth B. Moll & Associates<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602<br><br>Ronald V. Fiesta<br>Kenneth B. Moll & Associates, Ltd<br>Three First National Plaza<br>Chicago, IL 60602<br>*Attorneys for Plaintiffs Linda Grant and Larry Chartrand* |
| Ill.S; 04-0759-GPM | Caruso | Marker Armstrong LLP<br>One Metropolitan Square, Suite 2970<br>St. Louis, MO 63102-2793<br>*Attorney for Plaintiff Matthew H. Armstrong* |
| Ill.S; 3:04-CV-00027-GPM | Walson | Christopher A. Seeger<br>David R. Buchanan<br>Seeger Weiss<br>One William Street<br>New York, NY 10004<br><br>James R. Williams<br>Williams, Caponi et al.<br>Generally Admitted<br>30 East Main Street<br>P.O. Box 565<br>Belleville, IL 62222<br>*Attorneys for Plaintiff Roberta Walson* |
| Ind.S; 1:03-CV-1523 LJM-TAB | McCullough | Paul R.M. Schwebel<br>5657 Rundle Court<br>Indianapolis, IN 46220<br><br>Rodney Alan Tucker<br>Yosha Krahulik & Levy |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | . | 3500 West DePauw Blvd.<br>Pyramids Building II, First Floor<br>Indianapolis, IN 46268<br>*Attorneys for Plaintiff Carla A. McCullough* |
| Ind.S; 1:03-CV-1535 SEB-VSS | Morrison | Paul R.M. Schwebel<br>5657 Rundle Court<br>Indianapolis, IN 46220<br><br>Rodney Alan Tucker<br>Yosha Krahulik & Levy<br>3500 West DePauw Blvd.<br>Pyramids Building II, First Floor<br>Indianapolis, IN 46268<br>*Attorneys for Plaintiff The Estate for Lowell D. Morrison* |
| Ind.S; 1:04-CV-01651-RLY-WTL | Van Jelgerhuis | Henry J. Price<br>Ronald J. Waicukauski<br>Price Jackson Waicukauski & Mellowitz<br>301 Massachusettes Avenue<br>Indianapolis, IN 46204<br>*Attorneys for Plaintiffs Kimberly Van Jelgerhuis, Kevin Henderson, Janice Baum, Darai Briner and Ruben Portillo* |
| Kan.; 2:04-CV-02518-CM-JPO | Hunter | Grant L. Davis<br>Scott S. Bethune<br>Thomas C. Jones<br>Shawn G. Foster<br>Davis Bethune & Jones, LLC<br>1100 Main Street, Suite 2930<br>Kansas City, MO 64105<br>*Attorneys for Plaintiff Vicky Hunter* |
| Ky.E; 04-052JMH | Getty | Mason L Miller<br>Getty & Mayo, PLLC<br>1900 Lexington Financial Center<br>250 W. Main Street<br>Lexington, KY 40507<br><br>Richard A Getty<br>Getty, Keyser & Mayo, LLP<br>1900 Lexington Financial Center<br>250 W. Main Street |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | Lexington, KY  40507<br>*Attorneys for Plaintiffs Richard J. Getty and Della Stamper* |
| La.E; 04-CV-2845 | Alexander | Joseph M.Bruno<br>David S. Scalia<br>Bruno & Bruno, LLC<br>855 Baronne Street<br>New Orleans, Louisiana 70113<br>*Attorney for Plaintiff Angelis Alexander* |
| La.E; CV-04-2726 | Christina | Law Offices of Daniel E. Becnel, Jr.<br>106 West Seventh Street<br>PO Drawer H<br>Reserve, LA 70084<br>*Attorney for Plaintiff Salvadore Christina* |
| La.M; 04-CV-712 | Russell | David Blayne Honeycutt<br>Wanda J. Edwards<br>Calvin Clifford Fayard, Jr.<br>Fayard & Honeycutt<br>519 Florida Avenue, SW<br>Denham Springs, LA  70726<br>*Attorneys for Plaintiff Michael Wayne Russell* |
| La.W; 2:02CV2304-JTT-APW | Mallet | Anthony J. Mallet<br>7772 Elliot Rd.<br>Lake Charles, LA  70605<br>*Attorney for Plaintiff Anthony J. Mallet*<br><br>Priscilla G. Mallet<br>7772 Elliot Rd.<br>Lake Charles, LA  70605<br>*Attorney for Plaintiff Priscilla G. Mallet* |
| La.W; 5:03-CV-01401-SMH-RSP | Merrit | Reshonda Leshay Bradford<br>W. James Singleton<br>4050 Linwood Ave.<br>Shreveport, LA  71108<br>*Attorney for Plaintiffs Norma Merrit, Fran Allegretto, Comecia Anderson, Ruthie Baylor, Magaline Brooks, Carlos Netter, Thelma Rice, Mary Kersee, Mattie Garcie, Minnie Payne,* |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | *James Upshaw, Calvin Hall, Joe Ree Edwards, Frederick Anderson* |
| Mass.; 1:04-cv-12166-RCL | Saia | Stephen V. Saia<br>Law Offices of Stephen V. Saia<br>70 Old Cart Path Lane<br>Pembroke, MA 02359<br>*Attorney for Plaintiff Frank R. Saia* |
| Md.; 1:03-CV-03612-CCB | Edler | Christopher Vincent Tisi<br>Michael E. Gallant<br>Sidney Schupak<br>Ashcraft and Gerel LLP<br>2000 L St NW Ste 400<br>Washington, DC 20036<br><br>David R. Buchanan<br>Seeger Weiss LLP<br>One William St<br>New York NY 10004<br><br>William Francis Mulroney<br>David M Layton<br>Ashcraft and Gerel LLP<br>10 E Baltimore St Ste 1212<br>Baltimore, MD 21202<br>*Attorneys for Plaintiff Lindsey Edler* |
| Md.; 1:04-CV-00975-CCB | Biles | David R. Buchanan<br>Seeger Weiss LLP<br>One William St<br>New York NY 10004<br><br>William Francis Mulroney<br>David M Layton<br>Ashcraft and Gerel LLP<br>10 E Baltimore St., Ste 1212<br>Baltimore, MD 21202<br><br>Christopher Vincent Tisi<br>Sidney Schupak<br>Ashcraft and Gerel LLP<br>2000 L St NW Ste 400<br>Washington, DC 20036<br>*Attorneys for Plaintiff Melvin Biles* |
| Md.; 8:04-CV-03024-AW | Morris | Sidney Schupak<br>Christopher Vincent Tisi |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | Ashcraft and Gerel LLP<br>2000 L St. NW Ste 400<br>Washington, DC 20036<br>*Attorneys for Plaintiff David Morris, Jr.* |
| Minn.; 03-CV-5166 | Glover | Ronald S. Goldser, Esq.<br>Zimmerman Reed, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>*Attorney for Plaintiff Carolyn Glover* |
| Minn.; 04-CV-4375 | Burris | Alan Scott Milavetz<br>Barbara Nilva Nevin<br>Chad Wm Schulze<br>Robert Jay Milavetz<br>Milavetz Gallop & Milavetz<br>6500 France Ave S<br>Edina, MN 55435<br>*Attorneys for Plaintiff Lowell Burris, Jr.* |
| Miss.N; 2:03CV105D-B | Shannon | Merkel & Cocke<br>A Professional Association<br>30 Delta Avenue<br>PO Box 1388<br>Clarksdale, MS 38614<br>*Attorneys for Plaintiff Frances Shannon* |
| Miss.S; C-04-CV-866-LN | Price | Bryan Aylstock<br>Justin Witkin<br>Aylstock, Witkin & Sasser, P.L.C.<br>55 Baybridge Drive<br>Gulf Breeze, FL 32561<br><br>Christopher A. Seeger<br>David R. Buchanan<br>Seeger Weiss LLP<br>One William Street<br>New York, NY 10004<br>*Attorneys for Plaintiffs Brenda and Bobby Ray Price*<br><br>Joseph Leroy McNamara<br>J. Michael Coleman<br>Copeland, Cook, Taylor & Bush<br>Post Office Box 6020 |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | Ridgeland, Mississippi  39158-6020<br>*Attorneys for Steven B. Liverman, M.D.* |
| Miss.S; 2:03CV247PG | McFarland | Charles E. Gibson, III<br>Jarret P. Nichols<br>Mary Jeanne Gibson<br>C. Edward Gibson, IV<br>The Gibson Law Firm<br>P.O. Box 3493<br>Jackson, MS  39207-3493<br>*Attorneys for Plaintiffs Leona McFarland, Antoinette Abram, Stephanie Morgan, Jessie Lee Jones, Tommy Lee Eckols, and Sharon Johnson*<br><br>Edward Blackmon, Jr.<br>Blackmon & Blackmon Law Firm<br>P.O. Box 105<br>Canton, MS 39046-0105<br>*Attorneys for Plaintiffs Leona McFarland, Antoinette Abram, Stephanie Morgan, Jessie Lee Jones, Tommy Lee Eckols, and Sharon Johnson*<br><br>Sharon F. Bridges<br>Brunini, Grantham, Grower & Hewes<br>P.O. Drawer 119<br>Jackson, MS 39205-0119<br>*Attorneys for Plaintiffs Leona McFarland, Antoinette Abram, Stephanie Morgan, Jessie Lee Jones, Tommy Lee Eckols, and Sharon Johnson*<br><br>Julian Dewayne Thomas, Attorney<br>P.O. Box 65<br>502 South President St.<br>Jackson, MS 39205-0065<br>*Attorneys for Plaintiffs Leona McFarland, Antoinette Abram, Stephanie Morgan, Jessie Lee Jones, Tommy Lee Eckols, and Sharon* |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | *Johnson* |
| | | Jessie Evans<br>The Evans Law Firm<br>P.O. Box 528<br>Canton, MS 39046<br>*Attorneys for Plaintiffs Leona McFarland, Antoinette Abram, Stephanie Morgan, Jessie Lee Jones, Tommy Lee Eckols, and Sharon Johnson* |
| | | Dennis C. Sweet III<br>Sweet & Freese<br>P.O. Box 1178<br>Jackson, MS 39215<br>*Attorneys for Plaintiffs Leona McFarland, Antoinette Abram, Stephanie Morgan, Jessie Lee Jones, Tommy Lee Eckols, and Sharon Johnson* |
| | | Walter T. Johnson<br>Joseph Jason Stroble<br>Watkins & Eager<br>P.O. Box 650<br>Jackson, MS 39205-0650<br>*Attorneys for Defendant G.D. Searle LLC, Monsanto Company, and Pfizer, Inc.* |
| | | Charles Q. Socha<br>Katherine Michele Anderson<br>Su-Lyn Combs<br>Socha, Perczak, Setter & Anderson, P.C.<br>Denver Financial Center Tower I<br>1775 Sherman Street, Suite 1925<br>Denver, CO 80203<br>*Attorneys for Defendant G.D. Searle LLC, Monsanto Company, and Pfizer, Inc.* |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | Joseph L. McNamara<br>John Michael Coleman<br>Copeland, Cook, Taylor & Bush<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020<br>*Attorneys for Defendants John F. Hassell and David C. Weiss*<br><br>Shelby Duke Goza<br>Shelby Kirk Milam<br>Hickman, Goza & Spragins<br>P.O. Drawer 668<br>Oxford, MS 38655-0668<br>*Attorneys for Defendant Susan Gunn*<br><br>Chris J. Walker<br>Markow Walker, P.A.<br>P. O. Box 13669<br>Jackson, MS 39236-3669<br>*Attorneys for Defendant Roger Weiner*<br><br>Andrew G. McCullough<br>Markow, Walker & Reeves<br>599 Highland Colony Pkwy., Ste 100<br>Ridgeland, MS 39157<br>*Attorneys for Defendant Roger Weiner*<br><br>Richard M. Edmonson<br>Douglas Drew Malone<br>Armstrong Allen, PLLC<br>P.O. Box 14028<br>Jackson, MS 39236-4028<br>*Attorneys for Defendant Fred's Express*<br><br>Michael Chad Moore<br>Quintairos, Prieto, Wood & Boyer, PA<br>125 South Congress St., Suite 1650<br>Jackson, MS 39201<br>*Attorneys for Defendant Columbia Discount Drugs*<br><br>Walter H. Boone<br>Forman, Perry, Watkins, Krutz & |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | Tardy<br>P.O. Box 22608<br>Jackson, MS  39225-2608<br>*Attorneys for Defendant Super D #143*<br><br>C. York Craig, Jr.<br>Craig, Hester, Luke & Dodson, P.A.<br>P. O. Box 12005<br>Jackson, MS  39236-2005<br>*Attorneys for Defendants Columbia Discount Drugs and Super D #143*<br><br>Christy D. Jones<br>Anita K. Modak-Truran<br>Butler, Snow, O'Mara, Stevens & Cannada<br>P.O. Box 22567<br>Jackson, MS  39225-2567<br>*Attorneys for Defendant Delta Discount Drugs*<br><br>John (Jack) W. Land<br>Bryan Nelson, PA<br>P.O. Drawer 18109<br>Hattiesburg, MS 39404-8109<br>*Attorneys for Defendant Quitman Drug Company*<br><br>Defendant Patricia Griffith<br>1045 Evelyn Ave.<br>Clarksdale, MS 38614<br>*No appearance yet entered* |
| Miss.S; 2:03CV249PG | Magee | Edward Blackmon, Jr.<br>Blackmon & Blackmon Law Firm<br>P.O. Box 105<br>Canton, MS  39046-0105<br><br>Charles E. Gibson, III<br>Jarret P. Nichols<br>Mary Jeanne Gibson<br>The Gibson Law Firm<br>P.O. Box 3493<br>Jackson, MS  39207-3493 |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | Julian Dewayne Thomas<br>Julian Dewayne Thomas, Attorney<br>P.O. Box 65<br>502 South President St.<br>Jackson, MS 39205-0655<br><br>Ted Gordon Meadows<br>Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.<br>P.O. Box 4160<br>Montgomery, AL 36103-4160<br><br>Jessie L. Evans<br>Wesley T. Evans<br>The Evans Law Firm<br>P.O. Box 528<br>Canton, MS 39046<br><br>C. Edward Gibson, IV<br>The Gibson Law Firm<br>30 Gibbs Street, No. 1<br>Brookline, MA 02446<br>*Attorneys for Plaintiffs Bettye Magee, Lula Eckols, Melissa Sykes and Louise McMillan*<br><br>Walter T. Johnson<br>Joseph Jason Stroble<br>Watkins & Eager<br>P.O. Box 650<br>Jackson, MS 39205-6470<br>*Attorney for Defendants G.D. Searle & Company, Pharmacia Corp., Monsanto Company, and Pfizer Inc.*<br><br>Su-Lyn Combs<br>Socha, Perczak, Setter & Anderson, P.C.<br>Denver Financial Center Tower I<br>1775 Sherman Street, Suite 1925<br>Denver, CO 80203<br>*Attorneys for Defendant G.D. Searle and Company, Monsanto Company, and Pharmacia Corp.* |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | Lawrence C. Gunn, Jr.<br>Lawrence C. Gunn, Jr., Attorney<br>P.O. Box 1588<br>Hattiesburg, MS 39403-1588<br>*Attorneys for Pharmacia Corp. and Pfizer Inc.*<br><br>Joseph L. McNamara<br>John Michael Coleman<br>Copeland, Cook, Taylor & Bush<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020<br>*Attorneys for Defendants Lance Line, David Bal, Bruce Newell, Chris H. Benson (terminated 5/29/03), Hattiesburg Clinic Professional Association (terminated 5/29/03), Thomas Windham, B.L. Hammock, Randy Tillman (terminated 5/29/03), Robert K. Hillier*<br><br>Whitman B. Johnson, III<br>Juliette V. Wilson<br>Currie, Johnson, Griffin, Gaines & Myers<br>P.O. Box 750<br>Jackson, MS 39205-0750<br>*Attorneys for Defendants David Lane Lee, Andrea Smith, Andrea Balconis, Salvador Petilos, Richard A. Waller, and Charles D. Lee, M.D.*<br><br>Lawrence Douglas Wade, Jr.<br>Campbell Delong, LLP<br>P.O. Box 1856<br>Greenville, MS 38702-1856<br>*Attorney for Defendant Carlene Wolfe, Richard A. Wallker, and Salvadore Petillos*<br><br>L. Carl Hagwood<br>Wilkins, Stephens & Tipton, PA<br>P.O. Box 4537 |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | Greenville, MS  38704-4537<br>*Attorneys for Defendant Salvadore Petilos, Richard A. Waller*<br><br>R. Allen Flowers<br>Flowers Law Firm<br>341 North 25th Avenue<br>Hattiesburg, MS  39401<br>*Attorney for Defendant Todd Willis*<br><br>Shelby Duke Goza<br>Shelby Kirk Milam<br>Hickman Goza & Spragins<br>P.O. Drawer 668<br>Oxford, MS 38655-0668<br>*Attorneys for Defendants Cooper A. McIntosh, M.D., Susan Gunn*<br><br>Chris J. Walker<br>Andrew G. McCullough<br>Markow, Walker & Reeves<br>599 Highland Colony Parkway<br>Suite 100<br>Ridgeland, MS 39157<br>*Attorney for Defendant Deck Stone*<br><br>John Fitzgerald Hughes<br>The Hamilton Law Firm<br>P.O. Box 1511<br>Meridian, MS 39302-1511<br>*Attorneys for Defendant Richard Reid*<br><br>Diane V. Pradat<br>Senith C. Tipton<br>Wilkins, Stephens & Tipton P.A.<br>P.O. Box 13429<br>Jackson, MS 39236-3429<br>*Attorney for Defendant Richard Reid*<br><br>Cassandra Faye Thomas<br>514-C Woodrow Wilson Ave.<br>Jackson, MS 39213<br>*No appearance yet entered* |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | Nadeem Haider<br>606 N. Jefferson St.<br>Louisville, MS 39339<br>*No appearance yet entered*<br><br>Robert Mark Hodges<br>Steven Todd Jeffreys<br>Wise, Carter, Child & Caraway<br>P.O. Box 651<br>Jackson, MS 39205-0651<br>*Attorneys for Defendant Mississippi Emergency Associates, P.A.; Williams Loper, M. D. (terminated 1/5/04)*<br><br>Richard M. Edmonson<br>Douglas Drew Malone<br>Armstrong Allen, PLLC<br>P.O. Box 14028<br>Jackson, MS 39236-4028<br>*Attorneys for Defendant Fred's Express*<br><br>William O. Luckett, Jr.<br>Robert M. Tyner, Jr.<br>Luckett Tyner Law Firm, PA<br>P.O. Drawer 1000<br>Clarksdale, MS 38614-1000<br>*Attorney for Defendant The Kroger Company, Kroger Pharmacy*<br><br>Jeffrey D. Leathers<br>Greer Pipkin & Russell<br>P.O. Box 907<br>Tupelo, MS 38802-0907<br>*Attorney for Community Discount Drugs*<br><br>C. York Craig, Jr.<br>Craig, Hester, Luke & Dodson, P.A.<br>P.O. Box 12005<br>Jackson, MS 39236-2005<br>*Attorney for Community Discount Drug* |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | Thomas M. Louis<br>Jeffrey A. Styres<br>Wells, Marbel & Hurst<br>P.O. Box 131<br>Jackson, MS 39205-0131<br>*Attorney for Defendants Delta Moore*<br>*Discount Drugs and Controlex*<br>*Enterprises*<br><br>John W. Land<br>Bryan Nelson, PA<br>P.O. Drawer 18109<br>Hattiesburg, MS 39404-8109<br>*Attorney for Defendant Quitman Drug*<br>*Store and Mettasave Drugs*<br><br>Robert F. Stacy, Jr.<br>Christine B. Tatum<br>Daniel Coker Horton & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1084<br>*Attorneys for Defendants Woods Drug*<br>*Store and Don's Pharmacy*<br><br>Leland S. Smith, III<br>Jay Richard McLemore<br>Wilkins, Stephens & Tipton, P.A.<br>*Attorneys for Medi-Stat Pharmacy*<br><br>Eugene R. Naylor<br>Steven Todd Jeffreys<br>Wise, Carter, Child & Caraway<br>P.O.Box651<br>Jackson, MS 39205-0651<br>*Attorneys for Defendants Pravin Patel*<br>*and Terry Cooper, M.D.* |
| Miss.S; 2:03CV435WS | Morgan | John Raymond Tullos<br>Tullos, Tullos & Tullos<br>P. O. Box 74<br>Raleigh, MS  39153-0074<br><br>Roman Ashley Shaul<br>Beasley, Allen, Crow, Methvin, Portis |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
| --- | --- | --- |
| | | & Miles, P.C.<br>P.O. Box 4160<br>Montgomery, AL 36103-4160<br>*Attorneys for Plaintiffs Janet Sue Morgan, Eddie William Adams, Tracy Brown, Eunice Chapman, Reginald Early, Geneva L. Flanagan, Jerry Gough, Josephine Halbert, Roy Harmon, Gene Holmes, Willie Mae Hopkins, Camilla Faye Hudson, Annie Jones, Tonya Lynn King, Joe W. Logan, Linder Maynor, Bessie McNeil, Rachel Moulds, Annie Norwood, Frances Ann Oliver, Mary Parsons, Eddie William Payton, Riella Pegues, Susie M. Powell, James Smith, Lamont Starling, Barbara Tucker, James Howard Warren, and Rosie C. Wheaton*<br><br>Joseph L. McNamara<br>John Michael Coleman<br>Copeland, Cook, Taylor & Bush<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020<br>*Attorneys for Defendant Randall Smith, M.D.*<br><br>Christy D. Jones<br>Butler, Snow, O'Mara, Stevens & Cannada, PLLC<br>17th Floor, AmSouth Plaza<br>210 East Capitol Street<br>P.O. Box 22567<br>Jackson, Mississippi 39225-2567<br>*Attorneys for Defendants Donald Dore, Stan Jordan, Gwen Cooper, Dusty Watts, Lori Miller, Joy Fairley, Tracy Speights, Michael Jay Neal, and Jennifer Schmidt* |
| Mo.E; 4:04CV01446 | Perkins | John S. Steward<br>Geoffrey S. Meyerkord<br>2525 South Brentwood Blvd.<br>Suite 102 |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | St. Louis, MO 63144<br><br>Michael T. George<br>Law Firm of Michael T. George, P.C.<br>2525 South Brentwood Blvd.<br>Suite 102<br>St. Louis, MO 63144<br>*Attorneys for Plaintiff Janice Perkins* |
| Mo.E; 4:04CV01447 | Bench | Grant L. Davis<br>Scott S. Bethune<br>Thomas C. Jones<br>Shawn G. Foster<br>Davis Bethune & Jones, LLC<br>1100 Main Street, Suite 2930<br>Kansas City, MO 64105<br>*Attorneys for Plaintiff Jurhee Bench* |
| Mo.E; 4-0301354CRW | Whitmore | Green Schaaf & Jacobson, P.C.<br>7733 Forsyth Boulevard, Suite 700<br>Clayton, MO 63105<br><br>Zimmerman Reed<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>*Attorneys for Plaintiffs Deyonne E. Whitmore* |
| Mo.W; 4:04-cv-00952-DW | Nevels | Daniel A. Thomas<br>221 W. Lexington<br>Suite 400<br>Independence, MO 64050<br><br>Kenneth B. McClain<br>Humphrey, Farrington & McClain, P.C.<br>221 West Lexington, Suite 400<br>P.O. Box 900<br>Independence, MO 64051<br>*Attorneys for Plaintiff Caroline Nevels*<br><br>James R.M. Hemmings<br>John Christian Aisenbrey<br>Stinson, Morrison, Hecker, LLP<br>1201 Walnut Street<br>Suite 2800<br>Kansas City, MO 64106 |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
|  |  | *Attorneys for Defendant Waclaw Alex Dymek, M.D.* |
| Mo.W; 4:04-cv-00953-ODS | Richardson | Amy Elizabeth Bauman<br>Norman Eli Siegel<br>Patrick J. Stueve<br>Todd Eugene Hilton<br>Stueve, Siegel, Hanson, Woody, LLP<br>330 West 47th Street<br>Suite 250<br>Kansas City, MO 64112<br>*Attorneys for Plaintiff Carol Green Richardson* |
| NYE.; 1:04-cv-04439-CPS-JMA | Covington | Scott Rynecki<br>Rubenstein & Rynecki<br>16 Court Street, Suite 1717<br>Brooklyn, NY 11241<br>*Attorney for Plaintiff Jerome Covington* |
| NYE.; CV 01 3441 | Cain | George Franklin Sanderson<br>Kenneth G. Walsh<br>Boies, Schiller & Flexner, LLP<br>570 Lexington Avenue<br>New York, NY 10022<br>*Attorneys for Plaintiffs Alex Cain, William Watkins and Bobbie Moss*<br><br>Richard F. O'Malley, Jr.<br>Sara J. Gourley<br>Sidley Austin Brown & Wood<br>Bank One Plaza<br>Chicago, IL 60603<br><br>James D. Arden<br>Sidley, Austin, Brown & Wood<br>One World Trade Center<br>New York, NY 10019<br>*Attorneys for Defendants Pharmacia Corp., Pfizer Inc. and G.D. Searle & Co.* |
| NYE; CV-04-2949 | Hanson | David R. Buchanan<br>Seeger Weiss, LLP<br>One William Street<br>New York, NY 10004<br>*Attorney for Plaintiff William Hanson* |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| NYE; CV-04-4485 | Wright | Robert G. Sullivan<br>Sullivan Papain Block McGrath & Cannavo P.C.<br>120 Broadway, 18th Floor<br>New York, NY 10271<br>*Attorney for Lawrence Wright and Dawn Wright* |
| NYE; CV-04-4486 | Fontanetta | Robert G. Sullivan<br>Sullivan Papain Block McGrath & Cannavo P.C.<br>120 Broadway, 18th Floor<br>*New York, NY 10271*<br>*Attorney for Plaintiffs William Fontanetta and Robin Fontanetta* |
| NYS; 04-CV-8169 | Quick | Richard J. Weiner<br>Law Offices of Richard J. Weiner, P.C.<br>119 Rockland Center, Suite 425<br>Nanuet, NY 10954<br>*Attorney for Plaintiffs Anna Quick* |
| NYS; 1:04-cv-08082-GBD | Davis | Scott Rynecki<br>Rubenstein & Rynecki, Esqs.<br>16 Court Street, Suite 804<br>Brooklyn, NY 11241<br>*Attorney for Plaintiff Laney C. Davis* |
| NYS; 1:04-cv-08085-DAB | Aiken | Scott Rynecki<br>Rubenstein & Rynecki, Esqs.<br>16 Court Street, Suite 804<br>Brooklyn, NY 11241<br>*Attorney for Plaintiff Elizabeth Aiken* |
| NYS; 7:02-CV-02970-CLB-GAY | Broadway | Ellis Broadway, Jr., *Pro Se*<br>01A4242 / 27 - East 21 Bed<br>Mid-State Correctional Facility<br>PO Box 2500<br>Marcy, New York 13403 |
| Ohio N.; 3:03CV7623 | Dauterman | Murray & Murray<br>111 East Shoreline Drive<br>P.O. Box 19<br>Sandusky, OH 44871-0019<br>*Attorneys for Janet Dauterman* |
| Okla.W; 5:04CV1235 | House | Don S Strong<br>Gary S Martin, II<br>Strong Martin & Associates |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
| --- | --- | --- |
| | | 120 N Robinson Ave<br>Suite 2700<br>Oklahoma City, OK 73102<br><br>Jennifer F Sherrill<br>William B Federman<br>Federman & Sherwood<br>120 N Robinson Avenue<br>Suite 2720<br>Oklahoma City, OK 73102<br>*Attorneys for Plaintiff Paul E. House* |
| Pa.E; 04-CV-04713 | Smith | Arnold Levin<br>Levin Fishbein Sedran & Berman<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106<br><br>Leonard V Fodera<br>Monheit, Silverman & Fodera, PC<br>Eleven Penn Center<br>Ste 2600<br>1835 Market Street<br>Philadelphia, PA 19103<br>*Attorneys for Plaintiffs Henry Smith and Mary Smith* |
| Pa.E; 2:04-cv-04882-RB | Donovan | Timothy M Kolman<br>Timothy M. Kolman and Associates<br>225 North Flowers Mill Road<br>Langhorne, PA 19047<br>*Attorney for Plaintiff Michelle Donovan* |
| SC; 03-CV-3083 | Michaud | Motley Rice LLC<br>28 Bridgeside Boulevard<br>PO Box 1792<br>Mt. Pleasant, SC 29465<br>*Attorneys for Bridget Michaud* |
| Tex.E; 6:03CV509 | Daley | W Mark Lanier<br>Charles Taylor Campbell<br>The Lanier Law Firm<br>6810 FM 1960 W<br>P.O. Box 691448<br>Houston, TX 77269-1448<br>*Attorney for Plaintiffs Deborah Daley, Robert Leon Daley, Shirley Daley* |