| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | *Mann and Scott A Daley* |
| Tex.N; 04-CV-2259R | Register | Les Weisbrod<br>Mark Torabi<br>Morgan & Weisbrod, L.L.P.<br>11551 Forest Central Drive<br>Suite 300<br>Dallas, TX 75243<br>*Attorneys for Plaintiff Jack A. Register*<br><br>Defendant Ivan Dixon<br>8413 Edgewood Dr.<br>Rowlett, TX 75089<br>*No appearance yet entered* |
| Tex.N; 3:03-CV-00180 | Lassig | Jeffrey B Simon<br>C Andrew Waters<br>Dana Casselli Fox<br>Peter A. Kraus<br>Waters & Kraus<br>3219 McKinney Ave<br>Suite 3000<br>Dallas, TX 75204<br>*Attorneys for Plaintiffs Leonard Lassig, Martha Lassig, Eugeme Baldoni, Elizabeth Pearson, Billy Staples, Ashley Lassig, Carolyn Pearson, Travis Blumfield, and for Consol Plaintiffs John Thompson, Robert Briggs, Larry Bolen, Kathy Condict, Sherri Joiner, Pamela Lenormand, Albert Taucer, Robert Mitchell, Jerry Tucker, Sandra Bareham, Katrina Knowles, Michael Holland, Byron Bias, Carolyn Varnado, Carolyn Smith, Eric Smith, Rosa Linda Stanton, and Chip Valdone*<br><br>Mary Gibson<br>P.O. Box 400<br>St. Marys, GA 31558<br>*Attorney for Consol Plaintiff Mary Gibson* |
| Tex.N; 3:04CV2157N | Leonard | William B Federman<br>Federman & Sherwood – Oklahoma |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | City<br>120 N Robinson<br>Suite 2720<br>Oklahoma City, OK  73102<br>*Attorney for Plaintiff Michael R. Leonard* |
| Tex.N; 3:CV-04-0616P | Ward | Michael A Ysasaga<br>Johnson Finkel DeLuca & Kennedy<br>4 Houston Center<br>1221 Lamar Suite 1000<br>Houston, TX  77010<br>*Attorney for Plaintiff Theresa Brannon Ward*<br><br>James A Edwards<br>Cantey & Hanger<br>Burnett Plaza<br>801 Cherry Street<br>Suite 2100<br>Fort Worth, TX  76102<br>*Attorney for Defendant Charles Richard Everett* |
| Tex.S; 04-CV-352 | Sanchez | Ricardo A. Garcia<br>Law Office of Ricardo A. Garcia<br>820 South Main<br>McAllen, TX 78501<br>*Attorneys for Plaintiff Olga Sanchez*<br><br>Defendant Dario Arango, M.D., P.A.<br>5407 South McColl Rd<br>Suite B<br>Edinburg, TX 78539<br>*No appearance yet entered*<br><br>Defendant Arango Family and Industrial Clinic, Dario Arango, M.D.<br>5407 South McColl Rd<br>Suite B<br>Edinburg, TX 78539<br>*No appearance yet entered*<br><br>Emery L. Suderman, D.O.<br>710 S. Cage<br>Pharr, TX 78577 |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | *No appearance yet entered*<br><br>Emery L. Suderman, D.O.<br>44 Elk Thistle<br>Silverthorne, CO 80489<br>*No appearance yet entered* |
| Tex.S | Zajicek | Kathryn Snapka<br>Greg W. Turman<br>Joe A. Flores<br>Rick B. Waterhouse, Jr.<br>Snapka & Turman, L.L.P.<br>P.O. Drawer 23017<br>Corpus Christi, TX 78403<br>*Attorneys for Plaintiff Charles Zajicek*<br><br>Attorneys for Defendant Amerisource, Inc.<br>2330 Shawnee Mission Parkway<br>Westwood, KS 66205<br>*No appearance yet entered*<br><br>Attorneys for Defendant Bergen Brunswick Drug Company D/B/A AmerisourceBergen<br>P.O. Box 959<br>Valley Forge, PA 19482<br>*No appearance yet entered*<br><br>Defendant Dana Foster, P.A.<br>2731 Brook Bend Lane<br>El Campo, TX 77437<br>*No appearance yet entered* |
| Tex.S; V-04-CV-96 | Eller | Kathryn Snapka<br>Greg W. Turman<br>Joe A. Flores<br>Rick B. Waterhouse, Jr.<br>Snapka& Turman, L.L.P.<br>P.O. Drawer 23017<br>Corpus Christi, TX 78403<br>*Attorneys for Plaintiff Carolyn Eller*<br><br>Attorneys for Defendant Amerisource, Inc.<br>2330 Shawnee Mission Parkway |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | Westwood, KS 66205<br>*No appearance yet entered*<br><br>Attorneys for Defendant Bergen<br>Brunswick Drug Company D/B/A<br>AmerisourceBergen<br>P.O. Box 959<br>Valley Forge, PA 19482<br>*No appearance yet entered*<br><br>Attorneys for Defendant Dr. Donald<br>Plowman<br>605 E. San Antonio St.<br>Suite 520E<br>Victoria, TX 77901<br>*No appearance yet entered* |
| Tex.S; L-04-CV-153 | Benavides | Kathryn Snapka<br>Greg W. Turman<br>Joe A. Flores<br>Rick B. Waterhouse, Jr.<br>Snapka& Turman, L.L.P.<br>P.O. Drawer 23017<br>Corpus Christi, TX 78403<br>*Attorneys for Plaintiff Patricia*<br>*Benavides*<br><br>Attorneys for Defendant Amerisource,<br>Inc.<br>2330 Shawnee Mission Parkway<br>Westwood, KS 66205<br>*No appearance yet entered*<br><br>Attorneys for Defendant Bergen<br>Brunswick Drug Company D/B/A<br>AmerisourceBergen<br>P.O. Box 959<br>Valley Forge, PA 19482<br>*No appearance yet entered*<br><br>Attorneys for Defendant Dr. David<br>Dennis<br>South Texas Spinal Clinic<br>6801 McPhearson Ave.<br>Suite 219 |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | Laredo, TX 78041<br>*No appearance yet entered* |
| Tex.S; 03-3656 | Pikul | Albert Joseph Huerta<br>Attorney at Law<br>P.O. Box 23080<br>Corpus Christi, TX 78401<br><br>Carlene Rhodes Lewis<br>Shelly A Sanford<br>Goforth Lewis LLP<br>1111 Bagby<br>Ste 2200<br>Houston, TX 77002<br>*Attorney for Plaintiff Thomas Joseph Pikul* |
| Tex.S; 3:04-cv-00562 | Denny | Carlene Rhodes Lewis<br>Shelly A Sanford<br>Goforth Lewis LLP<br>1111 Bagby<br>Ste 2200<br>Houston, TX 77002<br>*Attorneys for Plaintiffs Jeffrey L Denny and Molly J Denny*<br><br>Richard L Josephson<br>Travis James Sales<br>Baker Botts LLP<br>910 Louisiana<br>Ste 3000<br>Houston, TX 77002<br>*Attorneys for Defendants Merck Medco Managed Care, Inc., M.D. Harvey Resnick and R/D Clinical Research Inc*<br><br>Robert F. Begert<br>Burford & Ryburn, L.L.P.<br>3100 Lincoln Plaza<br>500 N. Akard<br>Dallas, TX 75201-6697<br>*Attorneys for Defendant M.D. Glen Graves* |
| Tex.S; 4:03-cv-01380 | Eberhardt | John P Eberhardt<br>#1083045 |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | . | 1100 FM 655<br>*Rosharon, TX 77583*<br>*Attorney for Plaintiff John P*<br>*Eberhardt* |
| Tex.S; C-03-362 | Flores | Carlene Rhodes Lewis<br>Shelly A Sanford<br>Goforth Lewis LLP<br>1111 Bagby<br>Ste 2200<br>Houston, TX 77002<br><br>Albert Joseph Huerta<br>Attorney at Law<br>P.O. Box 23080<br>Corpus Christi, TX 78401<br>*Attorney for Plaintiff The Heirs of the*<br>*Estate of Pablo Flores* |
| Tex.S; G-03412 | Bell | Carlene Rhodes Lewis<br>Goforth Lewis LLP<br>1111 Bagby<br>Ste 2200<br>Houston, TX 77002<br><br>W Mark Lanier<br>Vernon & Lanier<br>1331 Lamar<br>Ste 675<br>Houston, TX 77010<br><br>Francis I Spagnoletti<br>Spagnoletti & Assoc<br>1600 Smith<br>Ste 4545<br>Houston, TX 77002<br>*Attorneys for Plaintiffs Myrtle Louise*<br>*Bell, Flora Berry, Arthur Bogdany,*<br>*Sandra Bronze, Fredrick Brooks,*<br>*Mary Brow, Wattie Brown, Patricia*<br>*Buck, Willie Burrell, Homer Carney,*<br>*Alice Cebrum, Della Chane, Cynthia*<br>*Childress, Mary Clark, Marsha*<br>*Clayton, Lula Coleman, Becky Cryer,*<br>*David Dahl, Mary Diaz, Shirley*<br>*Duncan, Claudia Elam, James* |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | *England, Betty Flaniken, James Forbes, Sharon Futrell, Margaret Gajdosik, Janie Geryak, Mark Graves, Marvinette Gray, Donald Hafemann, Reba Hannah, Larry Hardin, Regina Harrell, Lloyd Haynes, Lawrence Hermis, Alvin Hodges, Thelma Hogue, Judy Hubbs, Jerry Hutson, Lendia Jackson, Tracy James, Charles Jobe, Willie Johnson, Gordon Kenne, Mary Knox, Elva Lawson, Gary Lee, Ernest Logsdon, Rifaat Mankarious, Euardo Molina, David Morton, Mary Newton, David Owen, III, Claudia Phelan, Laura M Phillips, Alvin Platt, Jr, Josefa Ramirez, Pete Reyna, Brian Rhodes, George Rhodes, Mary Richter, Katherine Roberts, Lonnie Robinson, Dorothy Rodriguez, Vivian Rodriguez, Larry Ross, Olga Ross, Sonsuray Ross, Shelvy Russel, Nora Schuhrke, Buncy Seago, Ahmed Shah, Ahmed Shaw, Marie Shields, Ovie Simpson, Billy Skipworth, Charles Sorge, Richard Stech, Dimitri Taylor-Beck, James Teagve, Ernest Tucholski, Lamar Wallace, George Ward, Willie Ward, Willard Wardlow, Jummy Watson, Lonzine Watson, Charlotte Williams, Josephine Williams, John Wilson, Fred Worsley*<br><br>Richard L Josephson<br>Travis James Sales<br>Baker Botts LLP<br>910 Louisiana<br>Ste 3000<br>Houston, TX 77002<br>*Attorneys for Defendant Harvey Resnick, M.D. and R/D Clinical Research Inc.* |
| Tex.S; H-02-3139 | Stubblefield | Shelly A Sanford<br>Goforth Lewis LLP<br>1111 Bagby |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | Ste 2200<br>Houston, TX 77002<br><br>W Mark Lanier<br>The Lanier Law Firm<br>6810 FM 1960 W<br>Houston, TX 77069<br>*Attorneys for Plaintiff Kimberly D Stubblefield, Keith Jerome Stubblefield, Jr, Koretta Lashay Stubblefield, Kendall Wayne Stubblefield, Kedric Roy Stubblefield*<br><br>Steven L Russell<br>Beirne Maynard et al<br>1700 Pacific Ave<br>4400<br>Dallas, TX 75201<br>*Attorney for Defendant Medco Health Solutions Inc.* |
| Tex.S; H-03-3657 | Barrington | Francis I. Spagnoletti<br>Spagnoletti & Assoc<br>1600 Smith<br>Ste 4545<br>Houston, TX 77002<br><br>W Mark Lanier<br>The Lanier Law Firm<br>6810 FM 1960 W<br>Houston, TX 77069<br><br>Carlene Rhodes Lewis<br>Goforth Lewis LLP<br>1111 Bagby<br>Ste 2200<br>Houston, TX 77002<br>*Attorneys for Plaintiffs Earnest Barrington, Lelan Stringer, June Ahl, Flora Alaniz, George Allen, Jr. John Alston, Helen Anglin, Nancy Austin, Mary Baker, Norma Baker, Kenneth Baldwin, Judy Banks, Rebecca Bridgers, Esther Brown, Clude Buckner, Barbara Bullock,* |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | *Shirley Butcher, Virginia Calder, Maria Camacho, Sharla Busby-Allen, Patricia Burks-Cameron, Andrea Carter, Essie Carter, Hortensia Castro, Christopher Chambers, Charles Chatman, Belinda Chocolate, Beulah Clark, Cortrena Clark, Delores Clark, Anna Cluff, David Combs, Roberts Cooper, Darryle Coppedge, Kimberly Crick, Esperanza Cruz, Odilla De La Rosa, Barbara Deainza, Arleigh Fischbach, Joe Forward, Manieka Garrett, Jorge Garza, Linda Garza, Manuel Garza, Pauline Garza, Bobbie Gilmore, Precious Glaspie, Garcia Goss, Tenya Griggsby, Beatriz Guzman, Gracie Haddox, Sandra Hannah, Richard Harris, Sandra Harris, Vivian Harris, Ana Hernandez, George Hervey, Kenneth Hess, Kristy Hill, Wanda Holland, Annice Howard, Ella Jackson, Esther Jackson, Terryl Jones, Patricia King, Alexander Kolak, Prentice Lane, Sr, Clemenete Lerma, Doris Leslie, Jay Leveen, Doris Jean Lewe, Crystal Lewis, Joyce Lise, Jesse Lovvorn, Stephen Lucas, Rosie Manning, Alicia March, Georgia Martin, Willie Martinez, Mary Mauldin, Janice Mayberry, Veronica Mayo, Kym McCleveland, Myrtle McGathon, Opal McMillian, Sharon McNualty, Grunetta Miller, Sharon Moore, Jesus Moreno, Gerald Morris, Ricky Mowery, Mary Murphy, Rubie Nelson, Carol Newell, Fredrick Nichols, Rena Oliver, Page Yong Cha, Jessie Parker, Dorothy Parks, Margaret Parks, Steven Patterson, Margaret Pearson Myer, Helen Portis Carter, Maria Posada, Gail Powers, Carolyn Pradia, Vivian Punch, Marshall Pyron, Jean Rady, Darell* |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | *Ray, Sr, Lori Reynolds, Epifanio Rivera, Lorna Roberts, Teddy Robertson, Oscar Robinson, Jose Rodriguez, Hank Rogers, Trina Royston, Richard Saylor, Robert Simmons, Patricia Simpson, Weavis Small, Georgia Smith, Melody Smith, Sheilah Steard, Jimmy Taylor, Susan Taylor, Tammy Taylor, Geraldine Thomas, Leslie Thomas, Clifton Thomas, Jr, Ray Thompson, Socorro Trevino, Marvin Turner, Margarita Villarreal, Dorethea Walker, Juanita Walker, Sherry Walker, Daisy Walling, Glenda Walters, Ellen Ward, Betty Warren, Ester Watkins, Ronald Wentling, Erwin Wessels, Johnny Whiteside, Ula Whitton, Bobby Wickware, Littie Wiley, Belinda Williams, Theresa Williams, Diane Wofford, Carol Wood, Phyllis Woodall, Alice Wright, Brenda Yarbrough*<br><br>Richard L Josephson<br>Travis James Sales<br>Baker Botts LLP<br>910 Louisiana<br>Ste 3000<br>Houston, TX 77002<br>*Attorney for Defendants Harvey Resnick, M.D. and R/D Clinical Research Inc.*<br><br>Deanna Dean Smith<br>Ebanks Smith et al<br>1401 McKinney<br>Ste 2500<br>*Houston, TX  77010-4034*<br>*Attorney for Defendant MD Norman Truitt* |
| Tex.S; L-03-CV-134 | Benavidez | Carlene Rhodes Lewis<br>Goforth Lewis LLP<br>1111 Bagby |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | Ste 2200<br>Houston, TX  77002<br>*Attorney for Plaintiff Patricia Benavidez*<br><br>Tim T. Griesenbeck, Jr.<br>Plunkett & Gibson, Inc.<br>Renaissance Plaza, Suite 1100<br>70 N.E. Loop 410<br>P.O. Box 795061<br>San Antonio, TX  78216<br>*Attorney for Defendant Mercy Hospital of Laredo d/b/a Mercy Regional Medical Center* |
| Tex.W; H-035686 | Hopson | Francis I. Spagnoletti<br>Spagnoletti & Assoc<br>1600 Smith<br>Ste 4545<br>Houston, TX  77002-0001<br><br>Shelly Sanford Rothman<br>Attorney at Law<br>1111 Bagby<br>Suite 2200<br>Houston, TX  77002<br><br>Carlene R. Lewis<br>Goforth, Lewis & Williams LLP<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX  77002<br>*Attorneys for Plaintiff Joe Hopson*<br><br>Richard L Josephson<br>Maryanne Lyons<br>Baker & Botts<br>910 Louisiana<br>Ste 3000<br>Houston, TX  77002<br>*Attorney for Defendants MD Harvey Resnick and R/D Clinical Research Inc.* |
| Utah; 2:01 CV 794 | Salt | Stephen G Morgan<br>Mitchel T. Rice |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | Joseph E. Minnock<br>Morgan Minnock & Rice<br>136 S Main 8th Floor<br>Salt Lake City, UT  84101<br><br>Cynthia KC Meyer<br>12911 Long Tail Dr.<br>Draper, UT  84020<br>*Attorneys for Plaintiffs Della Jo Salt, Betty Householder, Charles Evans, Don Berchtold, Kenneth C. Winward, Leroy Gunn, Margaret Helen Goodell, Richard David Baca, Sally Cole, Joyce Crawford Safford, Barbara De Luca, Ward Wright, Yvonne O. Jackson, Gorman Reagan, Stan Giles, Clement Piscitello, Alison Holley, and Meredith Sieper* |
| Va.W; 2:04CV20 | Wheatley | Carl E McAfee<br>McAfee Law Firm, P.C.<br>P.O. Box 656<br>Norton, VA  24273-0656<br><br>J. Paul Sizemore<br>Beasley Allen Crow Methvin<br>Portis and Miles PC<br>234 Commerce Street<br>Montgomery, AL  36104<br>*Attorneys for Plaintiff Catherine Wheatley*<br><br>Steven R Minor<br>Elliott Lawson & Minor PC<br>P.O. Box 8400<br>*Bristol, VA   24203-8400*<br>*Attorney for Defendant AmerisourceBergen Corporation* |
| Vt.; 1:04CV261 | Cheeseman | Dennis James Johnson<br>Jacob Benjiman Perkinson<br>James F Conway, III<br>Johnson & Perkinson<br>1690 Williston Road<br>P.O. Box 2305<br>South Burlington, VT  05403 |

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| | | *Attorneys for Plaintiff Sara Cheeseman* |

U.S. DISTRICT COURTS SERVED WITH
VIOXX® PRODUCTS LIABILITY MDL MOTION


U.S. District Court for the
District of Massachusetts (1st Circuit)
Tony Anastas, Clerk
Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210


U.S. District Court for the Eastern District of New York (2d Circuit)
Robert C. Heinemann, Clerk
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

And

D'Amato U.S. Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438


U.S. District Court for the Southern District of New York (2d Circuit)
J. Michael McMahon, Clerk
Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

And

U.S. Courthouse, Foley Square
40 Centre Street
New York, NY 10007-1581

And

U.S. Courthouse
300 Quarropas St., 1st Floor
White Plains, NY 10601-4150

U.S. District Court for the District of Vermont (2d Circuit)
Richard Paul Wasko, Clerk
P.O. 945 (05402-0945)
506 Federal Building
11 Elmwood Ave.
Burlington, VT 05401

And

P.O. Box 998 (05302-0998)
201 Federal Building
204 Main Street
Brattleboro, VT 0530

U.S. District Court for the Eastern District Pennsylvania (3rd Circuit)
Michael E. Kunz, Clerk
2609 Byrne U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA 19106-1797

U.S. District Court for the District of Maryland (4th Circuit)
Felicia C. Cannon, Clerk
Garmatz Federal Courthouse
101 W. Lombard Street, Rm. 4415
Baltimore, MD 21201-2691

And

U.S. Courthouse, 2nd Floor
6500 Cherrywood Lane
Greenbelt, MD 20770

U.S. District Court for the
District of South Carolina (4th Circuit)
Larry W. Propes, Clerk
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, SC 29201

And

PO Box 2317
McMillan Federal Building
401 W. Evans Street
Florence, SC 29501


U.S. District Court for the Western District of Virginia (4th Circuit)
John F. Corcoran, Clerk
P.O Box 1234 (24006-1234)
Poff Federal Building
210 Franklin Road, Rm. 308
Roanoke, VA 24011

And

P.O. Box 490 (24219-0490)
U.S. Courthouse & Post Office Building
322 East Wood Ave., Rm. 204
Big Stone Gap, VA 24219


U.S. District Court for the Eastern District of Louisiana (5th Circuit)
Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367


U.S. District Court for the Middle District of Louisiana (5th Circuit)
Lawrence Talamo, Clerk
Russell B. Long Federal Building
777 Florida Street, Rm. 355
Baton Rouge, LA 70801


U.S. District Court for the Western District of Louisiana (5th Circuit)
Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

And

188 Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

U.S. District Court for the Northern District of Mississippi (5th Circuit)
Arlen B. Coyle, Clerk
369 Federal Building
911 Jackson Ave.
Oxford, MS 38655


U.S. District Court for the Southern District of Mississippi (5th Circuit)
J. T. Noblin, Clerk
316 Eastland Courthouse
245 E. Capitol Street
Jackson, MS 39201

And

200 U.S. Courthouse & Federal Building
701 Main Street
Hattiesburg, MS 39401


U.S. District Court for the Eastern District of Texas (5th Circuit)
David J. Maland, Clerk
106 Federal Building
211 W. Ferguson
Tyler, TX 75702

And

301 U.S. Courthouse
500 N. State Line Ave.
Texarkana, TX 75501

And

104 Brooks Federal Building
300 Willow Street
Beaumont, TX 77701


U.S. District Court for the Northern District of Texas (5th Circuit)
Karen Mitchell, Clerk
1452 Earle Cabell Federal Building
1100 Commerce Street
Dallas, TX 75242-1003

U.S. District Court for the Southern District of Texas (5th Circuit)
Michael N. Milby, Clerk
P.O. Box 61010 (72208-1010)
5401 Bob Casey U.S. Courthouse
515 Rusk Ave.
Houston, TX 77002

And

1133 N. Shoreline Boulevard, Rm. 208
Corpus Christi, TX 78401-2349

And

P.O. Drawer 2300 (77553-2300)
411 Post Office Building
Galveston, TX 77550-5507

And

P.O. Box 597 (78502-5059)
1101 TX Commerce Bank Tower
1701 W. Business Highway 83
McAllen, TX 78501-5178

And

P.O. Box 1683 (77902-1638)
406 Federal Building
312 South Main Street
Victoria, TX 77901-8148

And

PO Box 597
319 Federal Building
1300 Matamoros St.
Laredo, TX 78040-5066


U.S. District Court for the Western District of Texas (5th Circuit)
William G. Putnicki, Clerk
655 E. Durango Boulevard, Rm G-65
San Antonio, TX 78206-1198

And

U.S. Courthouse
200 W. Eighth Street, Rm. 130
Austin, TX 78701


U.S. District Court for the Northern District of Ohio (6th Circuit)
Geri M. Smith, Clerk
Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue, 1st Floor
Cleveland, OH 44113-1830


U.S. District Court for the Eastern District of Kentucky (6th Circuit)
Leslie G. Whitmer, Clerk
P.O. Box 3074 (40588-3074)
206 U.S. Courthouse
101 Barr Street
Lexington, KY 40507


U.S. District Court for the Northern District of Illinois (7th Circuit)
Michael W. Dobbins, Clerk
2044 Dirksen Building
219 S. Dearborn Street
Chicago, IL 60604


U.S. District Court for the Southern District of Illinois (7th Circuit)
Norbert G. Jaworski, Clerk
P.O. Box 249 (62202)
750 Missouri Ave.
East St. Louis, IL 62201


U.S. District Court for the Southern District of Indiana (7th Circuit)
Laura A. Briggs, Clerk
105 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

U.S. District Court for the District of Minnesota (8th Circuit)
Richard D. Sletten, Clerk
700 Burger Federal Building
316 N. Robert Street
St. Paul, MN 55101

And

417 U.S. Courthouse
515 W. First Street
Duluth, MN 55802

U.S. District Court for the Eastern District of Arkansas (8th Circuit)
James W. McCormack, Clerk
402 U.S. Courthouse
600 W. Capitol Ave.
Little Rock, AR 72201-3325

And

P.O. Box 7080 (72403-7080)
312 Federal Building
615 S. Main Street
Jonesboro, AR 72401

And

P.O. Box 8307 (71611-8307)
Federal Building & Courthouse
100 E. 8th Ave., Rm. 3103
Pine Bluff, AR 71601

U.S. District Court for the Western District of Arkansas (8th Circuit)
Christopher R. Johnson, Clerk
P.O. Box 1547 (72902-1547)
S. 6th & Rogers Ave.
Fort Smith, AR 72902

And

P.O. Box 2746 (75504-2746)
500 Stateline Ave.
Texarkana, AR 71854

And

P.O. Box 6486 (71902-6486)
100 Reserve Street, Rm. 347
Hot Springs, AR 71901


U.S. District Court for the Eastern
District of Missouri (8th Circuit)
James G. Woodward, Clerk
Thomas Eagleton U.S. Courthouse
111 South 10th St., 3rd Floor
St. Louis, MO 63102


U.S. District Court for the Western
District of Missouri (8th Circuit)
Patricia Brune, Clerk
Whittacker U.S. Courthouse
400 E. Ninth Street, Room 1510
Kansas City, MO 64106


U.S. District Court for the Central District of California (9th Circuit)
Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 N. Spring Street
Los Angeles, CA 90012

And

Roybal Federal Building & Courthouse
255 E. Temple Street
Los Angeles, CA 90012


U.S. District Court for the Southern District of California (9th Circuit)
Clerk Of The Court
880 Front Street, Room 4290
San Diego, CA 92101-8900


U.S. District Court for the District of Utah (10th Circuit)
Markus B. Zimmer, Clerk
150 U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

U.S. District Court for the
District of Kansas (10th Circuit)
Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101


U.S. District Court for the Western District of Oklahoma (10th Circuit)
Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092


U.S. District Court for the Middle District of Alabama (11th Circuit)
Debra P. Hackett, Clerk
P.O. Box 711 (36101-0711)
U.S. Courthouse
One Church Street
Montgomery, AL 36104


U.S. District Court for the Northern District of Alabama (11th Circuit)
Perry D. Mathis, Clerk
140 Hugo Black Courthouse
1729 5th Ave. North
Birmingham, AL 35203


U.S. District Court for the Southern District of Alabama (11th Circuit)
Charles R. Diard, Jr., Clerk
U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621


U.S. District Court for the Southern
District of Florida (11th Circuit)
Clarence Maddox, Clerk
Federal Courthouse Square
301 N. Miami Avenue
Suite 150
Miami, Florida 33128

U.S. District Court for the Northern District of Georgia (11th Circuit)
Luther D. Thomas, Clerk
2211 Russell Federal Building
75 Spring Street SW
Atlanta, GA 30303-3361