BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| In Re VIOXX® Products Liability Litigation | ) ) ) ) ) ) )    MDL Docket No. 1657 |

**MERCK & CO., INC.'S AMENDED MOTION FOR COORDINATED PRE-TRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**

1.  On October 21, 2004, the Judicial Panel on Multidistrict Litigation (the "Panel") filed the motion of Merck & Co., Inc. ("Merck") for an order transferring for pretrial coordination all cases then pending in the federal courts alleging personal injury and/or economic loss arising out of the purchase and/or use of VIOXX® to the United States District Court for the District of Maryland or, in the alternative, the United States District Court for the Southern District of Indiana or the United States District Court for the Northern District of Illinois.

2.  Since its original motion was filed, 79 additional cases have been filed in or removed to federal court (as of November 16, 2004), as identified in Merck's Supplemental Rule 7.2(a)(ii) Schedule. As did the cases in Merck's original motion, these cases present certain

overlapping questions of law and fact, and involve common discovery issues. Transfer and coordination of the cases is the most efficient and just approach to their prompt adjudication.

3. Pursuant to 28 U.S.C. § 1407 and Rule 7.1(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and for all the reasons set forth in its original motion and memorandum in support thereof, Merck respectfully moves the Panel for an order transferring for pretrial coordination the additional cases identified herein.

WHEREFORE, Merck requests that the Panel enter an Order transferring those VIOXX® Products Liability Lawsuits that have been filed in or removed to federal court since its original motion was filed October 21, 2004, along with the cases identified in Merck's original motion, to the United States District Court for the District of Maryland for coordinated proceedings pursuant to 28 U.S.C. § 1407, or in the alternative, to the Southern District of Indiana or the Northern District of Illinois.

Dated: November 17, 2004

Respectfully submitted,

HUGHES HUBBARD & REED LLP

Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)

Attorneys for Merck & Co., Inc.