BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| In Re VIOXX® Products Liability Litigation | ) ) ) ) ) ) | MDL Docket No. 1657 |

### MERCK & CO., INC.'S MEMORANDUM IN SUPPORT OF ITS AMENDED MOTION FOR COORDINATED PRE-TRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407

Merck & Co., Inc. ("Merck") submits this memorandum in support of its Amended Motion for Coordinated Pre-Trial Proceedings Pursuant to 28 U.S.C. § 1407 of all cases alleging personal injury and/or economic loss arising from the purchase and/or use of VIOXX® currently pending in the federal courts (identified in Merck's Supplemental Rule 7.2(a)(ii) Schedule) (the "VIOXX® Product Liability Lawsuits"). The VIOXX® Products Liability Lawsuits filed in federal court, or filed in state court and removed to federal court, since Merck's original motion, involve certain overlapping questions of law and fact, and involve common discovery issues. Accordingly, for all the reasons set forth in the memorandum of law submitted in support of its original Motion for Coordinated Pre-Trial Proceedings, transfer and coordination of the cases is the most efficient and just approach to their prompt adjudication. Merck therefore respectfully

requests that the Judicial Panel on Multidistrict Litigation transfer all pending VIOXX® Product Liability Lawsuits to the District of Maryland for coordinated pretrial proceedings or, in the alternative, to the Southern District of Indiana or Northern District of Illinois.

Dated: November 17, 2004

Respectfully submitted,

HUGHES HUBBARD & REED LLP

Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)

Attorneys for Merck & Co., Inc.