BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|   |   |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL DOCKET No. 1657 |

Supplemental Rule 7.2(a)(ii) Schedule of Actions

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | CIVIL ACTION NO. | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| Sharon Scott Jones | Merck & Co., Inc. | Ala.N | Northeastern | 04-CV-3079 | Hon. C. Lynwood Smith, Jr. |
| Jeffrey Brass | Merck & Co., Inc. | Cal.N | San Francisco | 3:04-cv-04521-MHP | Hon. Marilyn H. Patel |
| Patricia A. Taylor | Merck & Co., Inc. | Cal.N | San Francisco | 3:04-cv-04510-EMC | Hon. Edward M. Chen |
| Kathy Tokes | Merck & Co., Inc. | Cal.N | San Francisco | 3:04-cv-04435-MHP | Hon. Marilyn H. Patel |
| Esther Bloom-Thomen, an individual on behalf of herself and all others similarly situated | Merck & Co., Inc.; Does, 1 through 500, inclusive | Cal.C | Western Division – Los Angeles | 2:04-cv-09245-RSWL-RZ | Hon. Ronald S.W. Lew (Referred to Magistrate Judge Ralph Zarefsky) |
| Janet Briggs | Merck & Co., Inc. | Cal.C | Western Division – Los Angeles | 2:04-cv-09275-TJH-VBK | Hon. Terry J. Hatter Jr. (Referred to Magistrate Judge Victor B. Kenton) |
| Gohar Pargar, an individual, on behalf of himself and all others similarly situated | Merck & Co., Inc.; Does, 1 through 500, inclusive | Cal.C | Western Division – Los Angeles | 2:04-cv-09206-GHK-JWJ | Hon. George H. King (Referred to Magistrate Judge Jeffrey W. Johnson) |
| Benjamin R. Burt; Shirley Burt, his wife | Merck & Co., Inc. aka Merck Sharpe & Dohme (I A) Corp. | Fla. N | Pensacola | 3:04-cv-00388-MCR-MD | Hon. M. Casey Rodgers (Referred to Magistrate Judge Miles Davis) |
| Estate of Edward Dunleavey, by and through Frances Dunleavey as personal representative; Frances Dunleavey, individually | Merck & Co., Inc. | Fla.M | Ft. Myers | 2:04-cv-00539-JES-SPC | Hon. John E. Steele (Referred to Magistrate Judge Sheri Polster Chappell |
| Clara Fontanilles, an individual on behalf of himself and all others similarly situated | Merck & Co., Inc. | Fla.S | Miami | 04-CV-22799 | Hon. Paul C. Huck |

Case 1:04-cv-12166-RCL    Document 9    Filed 11/29/2004    Page 3 of 11

Page 3

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | CIVIL ACTION NO. | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| Ellen B. Gerber | Merck & Co., Inc. | Fla.S | Ft. Lauderdale | 04-CV-61429 | Hon. William P. Dimitrouleas |
| Stanley Silber, plaintiff; Susan Silber, his wife, plaintiff | Merck & Co., Inc. | Fla.S | W. Palm Beach | 04-CV-80983 | Hon. Daniel T. K. Hurley |
| Edna Strickland | Merck & Co., Inc. | Ga.N | Atlanta | 1:04-cv-03231-ODE | Hon. Orinda D. Evans |
| Patricia Bilbrey | Merck & Co., Inc. | Ill.S | East St. Louis | 3:04-cv-00836-MJR | Hon. Michael J. Reagan |
| John Ellis | Merck & Co., Inc.; Amerisource Corporation; Bergen Brunswick Drug Company Inc.; Amerisource-bergen | Ill.S | East St. Louis | 3:04-cv-00792-DRH | Hon. David R. Herndon (Referred to Magistrate Judge Clifford J. Proud) |
| Doris Rensing, Individually and on behalf of all others similarly situated | Merck & Co., Inc.; Leslie Waldron, an agent and apparent agent, alternatively, an independent contractor of Merck & Co., Inc. | Ill.S | East St. Louis | 3:04-cv-00804-GPM | Hon. G. Patrick Murphey (Referred to Magistrate Judge Clifford J. Proud) |
| Betty S. Smith | Merck & Co., Inc. | Kan. | Wichita | 6:04-cv-01355-MLB-KMH | Hon. Monti L. Belot (Referred to Magistrate Judge Karen M. Humphreys) |
| Daniel K. Williams | Merck & Co., Inc. | Ky.E | Covington | 2:04-cv-00235-WOB | Hon. William O. Bertelsman |
| Leonce Davis | Merck & Co., Inc. | La.E | New Orleans | 04-CV-2937 | Hon. Eldon E. Fallon |
| Howard Mark Falick | Merck & Co., Inc. | La.E | Houma | 04-CV-3060 | Hon. Carl J. Barbier |
| Mary V. Gagola | Merck & Co., Inc. | La.E | New Orleans | 04-CV-3053 | Hon. Carl J. Barbier |
| Warren L. Gottsegen, M.D. | Merck & Co., Inc. | La.E | New Orleans | 04-CV-3065 | Hon. Helen G. Gerrigan |
| Christiane L. Parr | Merck & Co., Inc. | La.E | New Orleans | 04-CV-3054 | Hon. Sarah S. Vance |
| Delores Thomas | Merck & Co., Inc. | La.E | Houma | 04-CV-3056 | Hon. Stanwood R. |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | CIVIL ACTION NO. | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| Robertson | | | | | Duval, Jr. |
| Clifton Adam Savage, Sr. | Merck & Co., Inc. | La.E | New Orleans | 04-CV-3055 | Hon. Mary Ann Vial Lemmon |
| James Edward Benoit | Merck & Co., Inc. | La.M | Baton Rouge | 04-CV-803 | Hon. Frank J. Polozola |
| Dorothy Bracken | Merck & Co., Inc. | La.M | Baton Rouge | 04-CV-802 | Hon. James J. Brady |
| Wilson Brown | Merck & Co., Inc. | La.M | Baton Rouge | 04-CV-801 | Hon. Frank J. Polozola |
| Clarence Chiszle | Merck & Co., Inc. | La.M | Baton Rouge | 04-CV-804 | Hon. John V. Parker |
| Linda Kay Hudson | Merck & Co., Inc. | La.M | Baton Rouge | 04-CV-776 | Hon. Frank J. Polozola |
| Jesse Wilkinson | Merck & Co., Inc. | La.M | Baton Rouge | 04-CV-800 | Hon. Ralph E. Tyson |
| Leroy Bates | Merck & Co., Inc.; Unknown Defendant A; Unknown Defendant B; Unknown Defendant C; Unknown Defendant D | La.W | Shreveport | 5:04-cv-02269-SMH-RSP | Hon. S. Maurice Hicks (Referred to Magistrate Judge Roy S. Payne) |
| Lendell Burns; Annie Burns | Merck & Co., Inc.; Unknown Defendant A; Unknown Defendant B; Unknown Defendant C; Unknown Defendant D | La.W | Shreveport | 5:04-cv-02272-SMH-RSP | Hon. S. Maurice Hicks (Referred to Magistrate Judge Roy S. Payne) |
| Maynard Butler; Mary Butler | Merck & Co., Inc.; Unknown Defendant A; Unknown Defendant B; Unknown Defendant C; Unknown Defendant D | La.W | Shreveport | 5:04-cv-02275-DEW-RSP | Hon. Donald E. Walter (Referred to Judge Roy S. Payne) |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | CIVIL ACTION NO. | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| Marion Evans; Garnett Evans | Merck & Co., Inc.; Unknown Defendant A; Unknown Defendant B; Unknown Defendant C; Unknown Defendant D | La.W | Shreveport | 5:04-cv-02276-SMH-RSP | Hon. S. Maurice Hicks (Referred to Magistrate Judge Roy S. Payne) |
| Josephine Harper | Merck & Co., Inc.; Unknown Defendant A; Unknown Defendant B; Unknown Defendant C; Unknown Defendant D | La.W | Shreveport | 5:04-cv-02271-DEW-RSP | Hon. Donald E. Walter (Referred to Magistrate Judge Roy S. Payne) |
| Donna Lavergne | Merck & Co., Inc. | La.W | Lafayette | 6:04-cv-02174-RFD-MEM | Hon. Rebecca F. Doherty (Referred to Hon. Mildred E. Methvin) |
| Vaughn McKnight | Merck & Co., Inc.; Unknown Defendant A; Unknown Defendant B; Unknown Defendant C; Unknown Defendant D | La.W | Shreveport | 5:04-cv-02270-DEW-RSP | Hon. Donald E. Walter (Referred to Magistrate Judge Roy S. Payne) |
| Leona Sadler | Merck & Co., Inc.; Unknown Defendant A; Unknown Defendant B; Unknown Defendant C; Unknown Defendant D | La.W | Shreveport | 5:04-cv-02273-SMH-RSP | Hon. S. Maurice Hicks (Referred to Magistrate Judge Roy S. Payne) |
| William Tice; Martha Tice | Merck & Co., Inc.; Unknown | La.W | Shreveport | 5:04-cv-02274-DEW-RSP | Hon. Donald E. Walter (Referred to |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | CIVIL ACTION NO. | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| | Defendant A; Unknown Defendant B; Unknown Defendant C; Unknown Defendant D | | | | Magistrate Judge Roy S. Payne) |
| Calvin Warren; Jessica Warren | Merck & Co., Inc. | La.W | Monroe | 3:04-cv-02110-RGJ-JDK | Hon. Robert G. James (Referred to Magistrate Judge James D. Kirk) |
| Vicki White, individually and on behalf of all others similarly situated | Merck & Co., Inc. | La.W | Monroe | 3:04-cv-02126-RGJ-JDK | Hon. Robert G. James (Referred to Magistrate Judge James D. Kirk) |
| Herchial Wright; Frances Wright | Merck & Co., Inc.; Unknown Defendant A; Unknown Defendant B; Unknown Defendant C; Unknown Defendant D | La.W | Shreveport | 5:04-cv-02268-SMH-RSP | Hon. S. Maurice Hicks (Referred to Magistrate Judge Roy S. Payne) |
| Daniel Martin Jeffers; Barbara Ann Jeffers | Merck & Co., Inc. | Md. | Greenbelt | 8:04-cv-03604-RWT | Hon. Roger W. Titus |
| Shirley Homister | Merck & Co., Inc. | Minn. | DMN | 0:04-cv-04754-AMD-RLE | Hon. Ann D. Montgomery (Referred to Magistrate Judge Raymond L. Erickson) |
| Jerry Melton | Merck & Co., Inc., A New Jersey Corporation, defendant; Amerisource Corporation, A Delaware Corporation, | Miss.S | Hattiesburg | 04-CV-372 | Hon. L.T. Senter, Jr. |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | CIVIL ACTION NO. | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| | defendant; Bergen Brunswig Drug Corporation, A California Corporation, defendant; Amerisource-bergen, A Pennsylvania Corporation f/k/a Amerisource Corporation and f/k/a Bergen Brunswig Drug Corporation, defendant | | | | |
| Russell Young, Individually, and as Next Friend of Steven Young, and as Administrator of the Estate of Lisa Young, Deceased | Merck & Co., Inc. | Mo.W | Springfield | 6:04-cv-05117-GAF | Hon. Gary A. Fenner |
| Brenda Aguero | Merck & Co., Inc. | NJ | Trenton | 3:04-cv-05341-SRC-TJB | Hon. Stanley R. Chesler (Referred to Magistrate Judge Tonianne J. Bongiovanni) |
| Patrick Besaw, on behalf of himself and all others similarly situated | Merck & Co., Inc. | NJ | Trenton | 3:04-cv-05178-SRC-JJH | Hon. Stanley R. Chesler (Referred to Magistrate Judge John J. Hughes) |
| Lorraine Fialo | Merck & Co., Inc. | NYE | Brooklyn | 1:04-cv-04686-RJD-SMG | Hon. Raymond J. Dearie (Referred to Magistrate Judge Steven M. Gold) |
| Alan Mell | Merck & Co., Inc. | NYE | Brooklyn | 1:04-cv-04606-JBW-KAM | Hon. Jack B. Weinstein (Referred to Magistrate Judge Kiyo A. |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | CIVIL ACTION NO. | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| | | | | | Matsumoto) |
| Walter McNaughton, individually, et al, on behalf of himself and all others similarly situated | Merck & Co., Inc. | NYS | Foley Square | 1:04-cv-08297-LAP | Hon. Loretta A. Preska |
| Carmen M. Pagan; Clairse Brown | Merck & Co., Inc. | NYS | Foley Square | 1:04-cv-08959-SHS | Hon. Sidney H. Stein |
| Danford K. Jones; Gilda C. Jones | Merck & Co., Inc. | Ohio.N | Cleveland | 1:04-cv-02217-KMO | Hon. Kathleen M. O'Malley |
| Marjory Knoll | Merck & Co., Inc. | Ohio.N | Cleveland | 1:04-cv-02209-LW | Hon. Lesley Wells |
| James E. Meadows; James E. Meadows, Jr.; June Meadows; Stephen G. Meadows | Merck & Co., Inc. | Ohio.N | Cleveland | 1:04-cv-02229-DCN | Hon. Donald C. Nugent |
| Wanda Moldovan; Gregory Moldovan | Merck & Co., Inc. | Ohio.N | Cleveland | 1:04-cv-02245-LW | Hon. Lesley Wells |
| Gwendolyn L. Carr | Merck & Co., Inc. | Pa.E | Philadelphia | 2:04-cv-04900-CN | Hon. Clarence C. Newcomer |
| Fred S. Engle, Individually and as administrator of the estate of Louise Engle | Merck & Co., Inc. | Pa.E | Philadelphia | 2:04-cv-05077-LS | Hon. Lawrence F. Stengel |
| Merrick Sirota; Michele Sirota | Merck & Co., Inc. | Pa.E. | Philadelphia | 2:04-cv-05130-LS | Hon. Lawrence F. Stengel |
| Rafael Gonzalez-Arias; Robert A. Gonzalez; Hilda Rita Gonzalez | Merck & Co., Inc. | PR | San Juan | 3:04-cv-02263-JP | Hon. Jaime Pieras, Jr. |
| Arthur Clifford Hall, Individually and as Representative of The Estate of Margaret Isabel | Merck & Co., Inc. | Tex.E | Beaumont | 1:04-cv-00684-HC | Hon. Howell Cobb |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | CIVIL ACTION NO. | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| Hall, deceased; Eliot Hall, Individually; Frank Harold Hall, Individually | | | | | |
| Bill Jolley; Barbara Irvin; James Hollandsworth; David Young; Shirley Smith; James Ford; John Harrington; James Williams; Ethel Morrison; Jerlene Bailey | Merck & Co., Inc. | Tex.E | Marshall | 2:04-cv-00376-TJW | Hon. T. John Ward |
| Brenda Lewis, individually and as next friend of Trienida Lewis and Quenida Lewis, minors; Darylene Lewis, individually and as next friend of Trienida Lewis and Quenida Lewis, minors | Merck & Co., Inc.; Pat Wood Drug Store | Tex.E | Beaumont | 1:04-cv-00685-RHC | Hon. Ron Clark |
| Billie Painton; Jack Painton | Merck & Co., Inc.; Pat Wood Drug Store | Tex.E | Beaumont | 1:04-cv-00686-MAC | Hon. Marcia A. Crone |
| Lovincy Richard; Ervin Richard; Calvin Richard; Rena Jones; Kernis Richard; Lon Richard; Gloria Allen; Larry Richard | Merck & Co., Inc.; Alford's Pharmacy | Tex.E | Beaumont | 1:04-cv-00703-TH | Hon. Thad Heartfield |
| Marian Williamson, Individually and | Merck & Co., Inc. | Tex.E | Marshall | 2:04-cv-00406-TJW | Hon. T. John Ward |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | CIVIL ACTION NO. | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| as Next Friend of Courtlyn Williamson and Herman Williamson | | | | | |
| Peggy J. Balch | Merck & Co., Inc. | Tex.S | Houston | 4:04-cv-04201 | Hon. Lynn N. Hughes |
| Reginald K. Fears | Merck & Co., Inc. | Tex.S | Houston | 4:04-cv-04187 | Hon. Sim Lake |
| Charles C. Gilmore | Merck & Co., Inc. | Tex.S | Houston | 4:04-cv-04206 | Hon. David Hittner |
| William B. Gregory, Jr. | Merck & Co., Inc. | Tex.S | Houston | 4:04-cv-04327 | Hon. Lynn N. Hughes |
| Donna Hale | Merck & Co., Inc. | Tex.S | Houston | 4:04-cv-04208 | Hon. Lynn N. Hughes |
| Maria Emma Hinojosa | Merck & Co., Inc. | Tex.S | McAllen | 7:04-cv-00373 | Hon. Randy Crane |
| Audona Sandoval, also known as Audona Abbie Sandoval | Merck & Co., Inc. | Tex.S | Corpus Christi | 2:04-cv-00544 | Hon. Janis Graham Jack |
| John R. Stout | Merck & Co., Inc. | Tex.S | Houston | 4:04-cv-04205 | Hon. Sim Lake |
| Johnny White | Merck & Co., Inc. | Tex.S | Houston | 4:04-cv-04207 | Hon. Lynn N. Hughes |
| Bernadette Young | Merck & Co., Inc. | Tex.S | Houston | 4:04-cv-04209 | Hon. Kenneth M. Hoyt |
| Larry Lee Bauman, Individually and as Representative of The Estate of Elsie Geneva Bauman, Deceased, plaintiff; Lisa Bauman Tolbertt, Individually and as Representative of The Estate of Elsie Geneva Bauman, Deceased, plaintiff; Kelly | Merck & Co., Inc. | Tex.W | Austin | 04-CV-707 | Hon. Lee Yeakel |

| PLAINTIFFS | DEFENDANTS | DISTRICT COURT WHERE PENDING | DIVISION WHERE PENDING | CIVIL ACTION NO. | JUDGE ASSIGNED |
|---|---|---|---|---|---|
| Bauman Mincher, Individually and as Representative of The Estate of Elsie Geneva Bauman, Deceased, plaintiff; Ernest Charles Bauman, III, Individually and as Representative of the Estate of Elsie Geneva Bauman, Deceased, plaintiff; Mary Carla Moses, Individually and as Representative of The Estate of Elsie Geneva Bauman, Deceased, plaintiff; Leslie Lynn Bauman Clay, Individually and as Representative of The Estate of Elsie Geneva Bauman, Deceased, plaintiff | | | | | |
| Carolyn Reed, Individually, and as widow of Johnney Reed, Deceased | Daniel Minor, Jennifer Fadal Weaver, John Kelly, Dennis Harris and Merck & Co., Inc. | Tex.W | Austin Division | 04-CV-731 | Hon. Sam Sparks |