## CERTIFICATE OF SERVICE

I, Leslie M. Ballantyne, hereby certify that on November 22, 2004, I caused to be served a true and correct copy of Merck & Co., Inc.'s Amended Motion for Coordinated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407, Memorandum in Support of its Amended Motion for Coordinated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407, and Supplemental Rule 7.2(a)(ii) Schedule of Actions, as well as Merck & Co., Inc.'s Motion for Coordinated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407, Memorandum in Support of its Motion for Coordinated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 and Exhibits Thereto, Merck & Co., Inc.'s Motion for Expedited Consideration and Exhibits Thereto, Merck & Co., Inc.'s Reasons Why Oral Argument Should be Heard, and Rule 7.2(a)(ii) Schedule of Actions upon the following by United States Mail, First Class postage prepaid:

**ALL COUNSEL PER THE ATTACHED SUPPLEMENTAL SERVICE LIST**

I am aware of two parties on the attached supplemental service list that have not yet been served and thus, do not have addresses available. I certify that I will cause John Kelly and Dennis Harris to be served upon receipt of their addresses.

**ALL CLERKS OF THE DISTRICT COURTS IN WHICH AN ACTION IS PENDING THAT WILL BE AFFECTED BY THESE MOTIONS, PER THE ATTACHED SUPPLEMENTAL SERVICE LIST**

I further certify that I caused to be served a true and correct copy of Merck & Co., Inc.'s Amended Motion for Coordinated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407, Memorandum in Support of its Amended Motion for Coordinated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407, and Supplemental Rule 7.2(a)(ii) Schedule of Actions upon the following by United States Mail, First Class postage prepaid:

**ALL COUNSEL PER THE ATTACHED PANEL SERVICE LIST**

_____
Leslie M. Ballantyne

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List    Page 1
Case 1:04-cv-12166-RCL   Document 10   Filed 11/29/2004   Page 2 of 11

Docket: 1657 - In re Vioxx Products Liability Litigation
Status: Pending on / /
Transferee District:           Judge:

Printed on 11/03/2004

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Amerisource, Inc., 2330 Shawnee Mission Parkway, Westwood, KS 66205 | => Amerisource, Inc. |
| Arango, M.D., Dario, 5407 South McColl Road, Suite B, Edinburg, TX 78539 | => Arango, M.D., Dario; Dario Arango, M.D., P.A. dba Arango Family & Industrial Clinic |
| Armstrong, Matthew H., Marker & Armstrong, LLC, One Metropolitan Square, Suite 2970, St. Louis, MO 63102-2793 | => Caruso, Diana* |
| Aylstock, Bryan F., Aylstock, Witkin & Sasser, P.L.C., 55 Baybridge Drive, Gulf Breeze, FL 32561 | => Price, Bobby; Price, Brenda |
| Becnel, Jr, Daniel E., Law Offices of Daniel E. Becnel, Jr., 106 West Seventh Street, P.O. Drawer H, Reserve, LA 70084-2095 | => Christina, Sr., Salvadore* |
| Bergen Brunswig, P.O. Box 959, Valley Forge, PA 19482 | => Bergen Brunswig Drug Co. dba Amerisourcebergen |
| Birchfield, Andy, Beasley, Allen, Crow, Methvin, Portis & Miles, P.O. Box 4160, 234 Commerce Street, Montgomery, AL 36103-4160 | => Abram, Antoinette*; Adams (Behalf-Janet), Eddie William*; Brown (Behalf-Stephen Anthony), Tracy*; Chapman, Eunice*; Cook, William*; Early, Reginald*; Eckols, Lula*; Eckols, Tommy Lee*; Flanagan, Geneva L.*; Gough, Jerry*; Halbert, Josephine*; Harmon, Roy*; Holmes, Gene*; Hopkins (Behalf-Emma Conner), Willie Mae*; Hudson, Camillia Faye*; Johnson, Sharon*; Jones, Annie*; Jones, Jessie Lee*; King, Tonya Lynn*; Logan, Joe W.*; Magee, Bettye J.*; Maynor, Linder*; McFarland, Leona*; McMillan, Louise*; McNeil, Bessie*; Morgan, Janet Sue*; Morgan, Stephanie*; Moulds (Behalf-Alice Lessie Atchley), Rachel*; Norwood, Annie*; Oliver (Behalf-Kenneth Ray), Frances Ann*; Otts, Linda Sue*; Parsons, Mary*; Payton, Eddie William*; Pegues, Riella*; Powell, Susie M.*; Smith, James*; Starling, Lamont*; Sykes, Melissa*; Tucker, Barbara*; Warren, James Howard*; Wheatley (Adm./Est.-Carl), Catherine*; Wheaton, Rosie C.*; Younge (Ind./Adm./Est.-Charles Marvin), Carolyn*; Zellmer, Richard* |
| Boone, Walter H., Forman, Perry, Watkins, Krutz & Tardy, LLP, P.O. Box 22608, Jackson, MS 39225-2608 | => Super D #143 |
| Bradford, Reshonda L., Singleton Law Office, 4050 Linwood Ave, Shreveport, LA 71108 | => Allegretto, Fran; Anderson, Comecia; Anderson, Frederick; Baylor, Ruthie; Brooks, Magaline; Edwards, Joe Ree; Garcie, Mattie; Hall, Calvin; Kersee, Mary; Merrit, Norma; Netter, Carlos; Payne, Minnie; Rice, Thelma; Upshaw, James |
| Broadway, Jr, Ellis, Prisoner #01A4242-27 East 21 Bed, Mid-State Correctional Facility, P.O. Box 2500 | => Broadway, Jr., Ellis |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Marcy, NY 13403 | |
| Bruno, Joseph M.<br>Bruno & Bruno<br>855 Baronne Street<br>New Orleans, LA 70113 | => Alexander, Angelis |
| Carboy, Andrew J.<br>Sullivan, Papain, Block, McGrath & Cannavo<br>120 Broadway<br>18th Floor<br>New York, NY 10271 | => Fontanetta, Robin; Fontanetta, William |
| Cobb, Herman W.<br>Cobb, Shealy, Crum & Derrick<br>P.O. Box 63646<br>Dothan, AL 36302-6346 | => Turner, Sr., Paul |
| Colingo, Joseph R.<br>Colingo, Williams, Heidelberg, et al.<br>P.O. Box 1407<br>711 Delmas Avenue<br>Pascagoula, MS 39568-1407 | => Stewart, Dr. Reginald |
| Cory, Ernest<br>Cory, Watson, Crowder & DeGaris, P.C.<br>2131 Magnolia Avenue<br>Suite 200<br>P.O. Box 55927<br>Birmingham, AL 35205 | => Fulton (Adm./Est.-Rebeka Kayla Schultz), Arthur*; Hensley (Exe./Est.-Henry Lee), Carolyn O.* |
| Craig, Jr, C. York<br>Craig, Hester, Luke & Dodson<br>P.O. Box 12005<br>Jackson, MS 39236-2005 | => Columbia Discount Drugs, Inc. |
| Dana Foster, P.A.,<br>2731 Brook Bend Land<br>El Campo, TX 77437 | => Dana Foster, P.A. |
| Davis, Grant L.<br>Davis, Bethune & Jones, LLC<br>1100 Main Street<br>2930 City Center Square<br>Kansas City, MO 64105 | => Bench, Jurhee; Hunter, Vicky |
| Dennis, Dr. David<br>South Texas Spinal Clinic<br>6801 McPhearson Avenue<br>Suite 219<br>Laredo, TX 78041 | => Dennis, Dr. David |
| Dixon, Ivan<br>8413 Edgewood Drive<br>Rowlett, TX 75089 | => Dixon, Ivan |
| Eberhardt, John P.<br>#1083045<br>1100 FM 655<br>Rosharon, TX 77583 | => Eberhardt, John P. |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Edelman, Daniel A.<br>Edelman, Combs & Latturner, LLC<br>120 South LaSalle Street<br>18th Floor<br>Chicago, IL 60603 | => Ivory, Anita |
| Edmonson, Richard M.<br>Armstrong Allen, PLLC<br>4450 Old Canton Road<br>Suite 210<br>Jackson, MS 39211 | => Fred's Express |
| Federman, William B.<br>Federman & Sherwood<br>120 North Robinson Avenue<br>Suite 2720<br>Oklahoma City, OK 73102 | => House, Paul E.*; Leonard, Michael R.* |
| Flowers, R. Allen<br>Flowers Law Firm<br>341 North 25th Avenue<br>Hattiesburg, MS 39401 | => Willis, M.D., Todd |
| Fox, Dana Casselli<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75204 | => Baldoni, Eugene; Blumfield, Travis; Brumfield, Travis; Lassig, Ashley; Lassig, Leonard; Lassig, Martha; Pearson, Carolyn; Pearson, Elizabeth; Smith, Carolyn; Smith, Eric; Staples, Billy; Staton (Ind./Per./Rep./Heirs/Est.-David Wayne), Rosa Linda; Valdone, Chip |
| Garcia, Ricardo A.<br>820 S. Main Street<br>McAllen, TX 78501 | => Sanchez, Olga* |
| Gibson, Mary<br>P.O. Box 400<br>St. Mary's, GA 31558 | => Gibson, Mary |
| Goldser, Ronald S.<br>Zimmerman Reed, P.L.L.P.<br>651 Nicollet Mall<br>Suite 501<br>Minneapolis, MN 55402-4123 | => Dauterman, Brock; Dauterman, Holly; Dauterman, Janet; Dauterman, Rod; Dauterman, Ryan; Glover, Carolyn Y.; Michaud (Ind./Per./Rep. on behalf of the Estate of Andre Adrian Michaud, Decedent Andre Adrian Michaud), Bridget Elaine; Whitmore, Deyonne E. |
| Griesenbeck, Tim T.<br>Plunkett & Gibson<br>Renaissance Plaza, Suite 1100<br>70 N.E. Loop 410<br>P.O. Box 795061<br>San Antonio, TX 78216 | => Mercy Hospital of Loredo d/b/a Mercy Regional Medical Center |
| Haskins, Jennifer<br>Assistant General Counsel<br>Tort Litigation Division, Wal-Mart Stores, Inc.<br>702 S.W. 8th Street<br>Bentonville, AR 72716-0215 | => Wal-mart Stores, Inc. |
| Hemmings, James R.M.<br>Stinson Morrison Hecker, LLP<br>1201 Walnut Street<br>Suite 2800 | => Dymek, M.D., Waclaw Alex |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Kansas City, MO 64106 | |
| Hodges, Robert M.<br>Wise, Carter, Child & Caraway<br>P.O. Box 651<br>Jackson, MS 39205-0651 | => Mississippi Emergency Associates, P.A. |
| Honeycutt, David Blayne<br>Fayard & Honeycutt<br>506 Florida Boulevard<br>Denham Springs, LA 70726 | => Russell, Michael Wayne |
| Hughes, John F.<br>Hamilton Law Firm<br>P.O. Box 1511<br>Meridian, MS 39302-1511 | => Reid, M.D., Richard |
| Hurst, Debra L.<br>Hurst & Hurst<br>401 West "A" Street<br>Suite 1825<br>San Diego, CA 92101 | => Purcell, Robert V. |
| Johnson, Dennis J.<br>Johnson & Perkinson<br>1690 Williston Road<br>P.O. Box 2305<br>S. Burlington, VT 05403 | => Cheeseman, Sara |
| Johnson, Walter T.<br>Watkins & Eager<br>The Emporium Building<br>400 East Capitol Street Suite 300<br>P.O. Box 650<br>Jackson, MS 39205-0650 | => G.D. Searle & Co.; G.D. Searle, LLC; Monsanto Co.; Pharmacia Corp. |
| Johnson, III, Whitman B.<br>Currie, Johnson, Griffin, Gaines & Myers<br>P.O. Box 750<br>Jackson, MS 39205-0750 | => Lee, M.D., David Lane |
| Josephson, Richard L.<br>Baker & Botts<br>One Shell Plaza<br>910 Louisana Street<br>Suite 3000<br>Houston, TX 77002-9934 | => R/D Clinical Research, Inc.; Resnick, M.D., Harvey |
| Katz, Melissa C.<br>Waters & Kraus<br>3219 Mckinney<br>Suite 3000<br>Dallas, TX 75204 | => Bareham, Sandra; Bolen, Larry; Briggs, Robert; Conditt, Kathy; Holland, Michael; Joiner, Sherri; Knowles, Katrina; Lenormand, Pamela; Mitchell, Robert; Taucer, Albert; Thompson, John; Tucker, Jerry |
| Kegerreis, Sharon L.<br>Hughes, Hubbard & Reed, LLP<br>201 S. Biscayne Boulevard<br>Suite 2500<br>Miami, FL 33131-4332 | => Publix Super Markets, Inc. |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Kleinberg, Norman C.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | => Merck & Co., Inc.* |
| Kolman, Timothy M.<br>Timothy M. Kolman And Associates<br>225 North Flowers Mill Road<br>The Shoppes at Flowers Mill<br>Langhorne, PA 19047 | => Donovan, Michelle |
| Land, John W.<br>Bryan, Nelson, Randolph & Weathers<br>P.O. Drawer 18109<br>Hattiesburg, MS 39404-8109 | => Mettsave Drugs; Quitman Drug Co. |
| Lanier, W. Mark<br>Lanier Law Firm<br>6810 FM 1960 West<br>Houston, TX 77069 | => Brown, Bobby*; Brown, Linda*; Daley (Ind./Rep./Est.-Robert Deleon & Next Friend for Scott A. & Shirley Mann), Deborah*; Stubblefield (Ind./Rep./Est.-Keith Jerome & Next Friend-Keith Jerome, Korietta Lashay, Kendall Wayne& Kedrick Roy), Kimberly D.* |
| Leathers, Jeffrey D.<br>Greer, Pipkin, Russell, Dent & Leathers<br>P.O. Box 907<br>Tupelo, MS 38802 | => Community Discount Pharmacy* |
| Leesfield, Ira H.<br>Leesfield, Leighton, Rubio & Mahfood, P.A.<br>2350 South Dixie Highway<br>Miami, FL 33133 | => Schneider, Sidney |
| Levin, Arnold<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106 | => Smith, Henry*; Smith, Mary* |
| Lewis, Carlene Rhodes<br>Goforth, Lewis, Sanford, LLP<br>1111 Bagby<br>Suite 2200<br>Houston, TX 77002 | => Ahl, June*; Alaniz, Flora*; Allen, George*; Alston, Jr., John*; Anglin, Helen*; Austin, Nancy*; Baker, Mary*; Baker, Norma*; Baldwin, Kenneth*; Banks, Judy*; Barrington, Ernest*; Bell, Myrtle Louise*; Benavides (Ind./Rep/Est.-Lucia Gutierrez), Patricia*; Berry, Flora*; Bogdany, Arthur*; Bridgers, Rebecca*; Bronze, Sandra*; Brooks, Fredrick*; Brow, Mary*; Brown, Esther*; Brown, Wattie*; Buck, Patricia*; Buckner, Claude*; Bullock, Barbara*; Burk-Cameron, Patricia*; Burkett (Legal Heir/Est.-Lelan Stringer), Majorie*; Burrell, Willie*; Busby-Allen, Sharla*; Butcher, Shirley*; Calder, Virginia*; Camacho, Maria*; Carney, Homer*; Carter, Andrea*; Carter, Essie*; Carter, Helen Portis*; Castro, Hortensia*; Cebrum, Alice*; Chambers, Christopher*; Chane, Della*; Chatman, Charles*; Childress, Cynthia*; Chocolate, Belinda*; Clark, Beulah*; Clark, Cortrena*; Clark, Delores*; Clark, Mary*; Clayton, Marsha*; Cluff, Anna*; Coleman, Lula*; Combs, David*; Cooper, Roberts*; Coppedge, Darryle*; Crick, Kimberly*; Cruz, Esperanza*; Cryer, Becky*; Dahl, David*; De La Rosa, Odilla*; Deainza, Barbara*; Denny, Jeffrey L.*; Denny, Molly J.*; Diaz, Mary*; Duncan, Shirley*; Elam, Claudia*; England, James*; Fischbach, Arleigh*; Flaniken, Betty*; Forbes, James*; Foward, Joe*; Futrell, Sharon*; Gajdosik, Margaret*; Garrett, Manieka*; Garza, Jorge*; Garza, Linda*; Garza, Manuel*; Garza, Pauline*; Geryak, Janie*; Gilmore, Bobbie*; Glaspie, Precious*; Goss, Garcia*; Graves, Mark*; Gray, Marvinette*; Griggsby, Tenya*; Guzman, Beatriz*; Haddox, Gracie*; Hafemann, Donald*; Hannah, Reba*; Hannah, Sandra*; Hardin, Larry*; Harrell, Regina*; Harris, Richard*; Harris, Sandra*; Harris, Vivian*; Haynes, Lloyd*; Heirs/Est.-Pablo Flores*; Hermis, Lawrence*; Hernandez, Ana*; Hervey, George*; Hess, Kenneth*; Hill, Kristy*; Hodges, Alvin*; Hogue, Thelma*; Holland, Wanda*; Hopson (Ind./Rep./Est.-Kay Faubion), Joe*; Howard, Annice*; Hubbs, Judy*; Hutson, Jerry*; Jackson, Ella*; Jackson, Esther*; Jackson, Lendia*; James, Tracy*; Jobe, Charles*; Johnson, Willie*; Jones, Terryl*; Kenne, Gordon*; King, Patricia*; Knox, Mary*; Kolak, Alexander*; Lane, Sr., Prentice*; |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| | Lawson, Elva*; Lee, Gary*; Lerma, Clemente*; Leslie, Doris*; Leveen, Jay*; Lewe, Doris Jean*; Lewis, Crystal*; Lise, Joyce*; Logsdon, Ernest*; Lovvorn, Jesse*; Lucas, Stephen*; Mallet, Anthony J.*; Mallet, Priscilla G.*; Mankarious, Rifaat*; Manning, Rosie*; March, Alicia*; Martin, Georgia*; Martinez, Willie*; Mauldin, Mary*; Mayberry, Janice*; Mayo, Veronica*; McCleveland, Kym*; McGathon, Myrtle*; McMillian, Opal*; McNulty, Sharon*; Miller, Grunetta*; Molina, Euardo*; Moore, Sharon*; Moreno, Jesus*; Morris, Gerald*; Morton, David*; Mowery, Ricky*; Murphy, Mary*; Myer, Margaret Pearson*; Nelson, Rubie*; Newell, Carol*; Newton, Mary*; Nichols, Fredrick*; Oliver, Rena*; Owen, III, David*; Parker, Jessie*; Parks, Dorothy*; Parks, Margaret*; Patterson, Steven*; Phelan, Claudia*; Phillips, Laura M.*; Pikul (Adm./Est.-Paul), Thomas Joseph*; Platt, Jr., Alvin*; Posada, Maria*; Powers, Gail*; Pradia, Carolyn*; Punch, Vivian*; Pyron, Marshall*; Rady, Jean*; Ramirez, Josefa*; Ray, Sr., Darrell*; Reyna, Pete*; Reynolds, Lori*; Rhodes, Brian*; Rhodes, George*; Richter, Mary*; Rivera, Epifanio*; Roberts, Katherine*; Roberts, Lorna*; Robertson, Teddy*; Robinson, Lonnie*; Robinson, Oscar*; Rodriguez, Dorothy*; Rodriguez, Jose*; Rodriguez, Vivian*; Rogers, Hank*; Ross, Larry*; Ross, Olga*; Ross, Sonsuray*; Royston, Trina*; Russell, Shelvy*; Saylor, Richard*; Schuhrke, Nora*; Seago, Buncy*; Shah, Ahmed*; Shields, Marie*; Simmons, Robert*; Simpson, Ovie*; Simpson, Patricia*; Skipworth, Billy*; Small, Weavis*; Smith, Georgia*; Smith, Melody*; Sorge, Charles*; Steard, Sheilah*; Stech, Richard*; Taylor, Jimmy*; Taylor, Susan*; Taylor, Tammy*; Taylor-Beck, Dimitri*; Teagve, James*; Thomas, Gerladine*; Thomas, Jr., Clifton*; Thomas, Leslie*; Thompson, Ray*; Tucholski, Ernest*; Wallace, Lamar*; Ward, George*; Ward, Willie*; Wardlow, Willard*; Watson, Jummy*; Watson, Lonzine*; Wiley, Littie*; Williams, Belinda*; Williams, Charlotte*; Williams, Josephine*; Williams, Theresa*; Wilson, John*; Wofford, Diane*; Wood, Carol*; Woodall, Phyllis*; Worsley, Fred*; Wright, Alice*; Yarbrough, Brenda*; Yong Cha, Page* |
| Luckett, Jr, William O.<br>Luckett Law Firm<br>P.O. Drawer 1000<br>Clarksdale, MS 38614-1000 | => Kroger Co. |
| McClain, Kenneth B.<br>Humphrey, Farrington & McClain, P.C.<br>221 West Lexington<br>Suite 400<br>Independence, MO 64050 | => Nevels, Caroline* |
| McNamara, Brian J.<br>Foley & Lardner<br>3000 K Street, N.W.<br>Suite 500<br>Washington, DC 20007 | => Liverman, Steven B. |
| McNamara, Joseph L.<br>Copeland, Cook, Taylor & Bush, P.A.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 | => Ball, M.D., David; Barr, M.D., William; Hammock, M.D., B.L.; Hassell, John F.; Newell, M.D., Bruce; Peeler, M.D., J.G.; Smith, M.D., Randall; Weiss, David C.; Windham, M.D., Thomas |
| Merkel, Charles M.<br>Merkel & Cocke<br>P.O. Box 1388<br>Clarksdale, MS 38614-1388 | => Shannon, Frances |
| Milam, S. Kirk<br>Hickman, Goza & Spragins, Pllc<br>P.O. Drawer 668<br>Oxford, MS 38655-0668 | => Gunn, M.D., Susan*; Gunn, Susan*; McIntosh, M.D., Cooper A.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Milavetz, Allen Scott<br>Milavetz Gallop & Milavetz<br>6500 France Avenue, South<br>Edina, MN 55435 | => Burris, Jr., Lowell |
| Miller, Mason L.<br>Getty & Mayo, PLLC<br>1900 Lexington Financial Center<br>250 W. Main Street<br>Lexington, KY 40507 | => Getty, Richard J.*; Stamper, Della* |
| Minor, Steven R.<br>Elliott Lawson & Minor, PC<br>P.O. Box 8400<br>Bristol, VA 24203-8400 | => AmerisourceBergen Corp. fdba AmeriSource Corp. |
| Moirano, Michael H.<br>Nisen & Elliott<br>200 West Adams Street<br>Suite 2500<br>Chicago, IL 60606 | => Oswald, Constance* |
| Moll, Kenneth B.<br>Kenneth B. Moll & Associates, Ltd.<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602 | => Chartrand, Larry; Grant, Linda |
| Mousseau, Geoffrey C.<br>Mousseau & Associates<br>1421 Valverde Place<br>Suite B<br>Glendale, CA 91208 | => Ashman, Charles* |
| Naylor, Eugene R.<br>Wise, Carter, Child & Caraway<br>600 Heritage Bldg.<br>401 East Capitol St.<br>P.O. Box 651<br>Jackson, MS 39205-0651 | => Patel, M.D., Pravin |
| O'Malley, Richard F.<br>Sidley Austin Brown & Wood<br>10 South Dearborn Street<br>Suite 48 Southeast<br>Chicago, IL 60603 | => G.D. Searle & Co.*; Pfizer, Inc.*; Pharmacia Corp.* |
| Owen, Gregory J.<br>Owen, Patterson & Owen<br>23822 West Valencia Blvd.<br>Suite 201<br>Valencia, CA 91355 | => Baca, Richard David*; Berchtold, Don*; Cole, Sally*; De Luca, Barbara*; Evans, Charles*; Giles, Stan*; Goodell, Margaret Helen*; Gunn, Leroy*; Holley (Heir-Audrey L. Piscitello), Alison*; Householder, Betty*; Jackson, Yvonne O.*; Piscitello (Heir-Audrey L.), Clement*; Reagan, Gorman*; Safford, Joyce Crawford*; Salt, Della Jo*; Sieper (Heir-Audrey L. Piscitello), Meredith*; Winward, Kenneth C.*; Wright, Ward* |
| Plowman, Dr. Donald<br>605 E. San Antonio Street<br>Suite 520E<br>Victoria, TX 77901 | => Plowman, Dr. Donald |
| Price, Henry J.<br>Price, Waicukauski & Mellowitz | => Baum, Janice; Briner (Per./Rep./Est.-Phyllis), Darai; Henderson, Kevin; Portillo (Ind./Heir-Elvira M. Pena), Ruben; Van Jelgerhuis, Kimberly |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| The Hammond Block Building<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204 | |
| Ruiz, John H.<br>Law Office of John H. Ruiz<br>5040 N.W. 7th Street<br>Suite 920<br>Miami, FL 33126 | => Abraham, Josefa*; Alcarez, Maria P.*; Andino, Jose* |
| Rynecki, Scott<br>Rubenstein & Rynecki<br>16 Court Street<br>Suite 1717<br>Brooklyn, NY 11241 | => Aiken (Adm./Est.-Mary & Kenneth), Elizabeth; Covington, Jerome; Davis, Laney C. |
| Saia, Stephen V.<br>Law Offices of Stephen V. Saia<br>70 Old Cart Path Lane<br>Pembroke, MA 02359 | => Saia, Frank A. |
| Sanderson, George Franklin<br>Boies, Schiller & Flexner, LLP<br>570 Lexington Avenue<br>New York, NY 10022 | => Cain, Alex; Moss, Bobbie; Watkins, William |
| Schwebel, Paul R.M.<br>5657 Rundle Court<br>Indianapolis, IN 46220 | => McCullough, Carla A.; Morrison (By his Per./Representative Patricia L.), Lowell D. |
| Seeger, Christopher A.<br>Seeger Weiss, LLP<br>One William Street<br>10th Floor<br>New York, NY 10004 | => Hanson, William*; Walson (Ind./Adm./Est.-Willie, Jr.), Roberta* |
| Siegel, Norman E.<br>Stueve Helder & Siegel<br>330 W 47th St Ste 250<br>Kansas City, MO 64112 | => Richardson, Carol Green* |
| Simon, Jeffrey B.<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75204 | => Bias, Byron; Varnado, Carolyn |
| Snapka, Kathryn A.<br>Snapka, Turman & Waterhouse, LLP<br>606 N. Carancahua, Suite 1511<br>P. O. Drawer 23017<br>Corpus Christi, TX 78403 | => Benavides (Ind./Per./Est.-Juan), Patricia*; Eller (Ind./Rep./Est.-Dale) Carolyn*; Eller (Next-Friend-Kennenth, II,Surviving son-Dale) Carolyn*; Eller (Surviving son Dale), Kevin*; Janacek (Next Friend-Joseph & Bridget, Surving Children-Vanessa Zajicek), Joe*; Yarborough (Surviving daughter-Dale Eller), Heidi*; Zajicek (Ind./Rep./Est.-Vanessa) Charles* |
| Stacy, Robert F.<br>Daniel, Coker, Horton & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1084 | => Don's Pharmacy; Woods Drug Store |
| Steward, John S.<br>Meyerkord and Steward | => Perkins, Janice |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 2525 South Brentwood Boulevard<br>Suite 102<br>St. Louis, MO 63144 | |
| Suderman, D.O., Emery L.<br>710 S. Cage<br>Pharr, TX 78577 | => Suderman, D.O., Emery L. |
| Sullivan, Robert G.<br>Sullivan, Papain, Block, McGrath & Cannavo<br>120 Broadway<br>18th Floor<br>New York, NY 10271 | => Wright, Dawn; Wright, Lawrence |
| Tisi, Christopher V.<br>Ashcraft & Gerel<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036 | => Biles, Melvin*; Edler (Ind./Per./Rep./Est.-William Dale & behalf-wrongful death beneficiaries-William Dale, Gail Lynne & Shawn C.), Lindsey*; Morris, Jr., David* |
| Trovini, Josephine<br>Westchester County Attorneys Office<br>600 Michaelian Office Building<br>148 Martine Avenue<br>White Plains, NY 10601 | => Westchester County (In New York); Westchester County Jail; Westchester County Medical Center |
| Wade, Jr., Lawrence D.<br>Campbell, DeLong, Hagwood & Wade<br>P.O. Box 1856<br>Greenville, MS 38702-1856 | => Petilos, M.D., Salvador; Waller, M.D., Richard E. |
| Walker, Chris J.<br>Markow Walker, P.A.<br>P.O. Box 13669<br>Jackson, MS 39236-3669 | => Stone, M.D., Deck; Weiner, Roger |
| Walker, Thomas E.<br>Johnston, Barton, Proctor & Powell<br>2900 AmSouth/Harbert Plaza<br>1901 6th Avenue North<br>Birmingham, AL 35203 | => Harlan, Gary; Wall, Robert |
| Watson, Leila H.<br>Cory, Watson, Crowder & DeGaris, P.C.<br>2131 Magnolia Avenue<br>Suite 200<br>Birmingham, AL 35205 | => Wilson, Danny M. |
| Weiner, Richard J.<br>Law Offices Of Richard J. Weiner, P.C.<br>119 Rockland Center<br>Suite 425<br>Nanuet, NY 10954 | => Quick, Anna |
| Weisbrod, Leslie<br>Morgan & Weisbrod<br>11551 Forest Central Drive<br>Suite 300<br>Dallas, TX 75243 | => Register, Anne; Register, Jack A. |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Ysasaga, Michael A.<br>Johnson, Finkel, DeLuca & Kennedy<br>1221 Lamar<br>Suite 1000<br>Houston, TX 77010 | => Ward, Teresa Brannon |

Note: Please refer to the report title page for complete report scope and key.