*MDL 1657 – In re: VIOXX® Products Liability Litigation*

**Before the Judicial Panel on Multi-District Litigation**
Supplemental Service List

| District and Case Number | Plaintiff's Last Name | Parties Being Served |
|---|---|---|
| N.D. Ala.; 04-cv-3079 | Jones | *Attorney for Plaintiff Sharon Scott Jones*<br>C. Anthony Graffeo<br>Watson Jimmerson Givham Martin & McKinney PC<br>203 Greene Street<br>P.O. Box 18368<br>Huntsville, AL 35804 |
| N.D. Ca.; 3:04-cv-04521 | Brass | *Attorneys for Plaintiff Jeffrey Brass*<br>Frank M. Pitre<br>Ara R. Jabagchourian<br>Cotchett Pitre Simon & McCarthy<br>San Francisco Airport Office Center<br>840 Malcolm Road<br>Suite 200<br>Burlingame, CA 94010 |
| N.D. Ca.; 3:04-cv-04510 | Taylor | *Attorneys for Plaintiff Patricia A. Taylor*<br>Frank M. Pitre<br>Ara R. Jabagchourian<br>Cotchett Pitre Simon & McCarthy<br>San Francisco Airport Office Center<br>840 Malcolm Road<br>Suite 200<br>Burlingame, CA 94010 |
| N.D. Ca.; 3:04-cv-04435 | Tokes | *Attorneys for Plaintiff Kathy Tokes*<br>Frank M. Pitre<br>Ara R. Jabagchourian<br>Cotchett Pitre Simon & McCarthy<br>San Francisco Airport Office Center<br>840 Malcolm Road<br>Suite 200 |

| | | |
|---|---|---|
| | | Burlingame, CA 94010 |
| C.D. Ca.; 2:04-cv-09245 | Bloom-Thomen | *Attorneys for Plaintiff Esther Bloom-Thomen*<br>Brian S. Kabateck<br>Richard L. Kellner<br>Kabateck Brown Kellner<br>350 S. Grand Ave., 39th Floor<br>Los Angeles, CA 90071 |
| C.D. Ca.; 2:04-cv-09275 | Briggs | *Attorney for Plaintiff Janet Briggs*<br>Hector G. Gancedo<br>Gancedo & Nieves<br>144 W. Colorado Blvd.<br>Pasadena, CA 91105 |
| C.D. Ca.; 2:04-cv-09206 | Pargar | *Attorneys for Plaintiff Gohar Pargar*<br>Michel F. Mills<br>Perona Langer Beck Lallande & Serbin<br>300 E. San Antonio Dr.<br>P.O. Box 7948<br>Long Beach, CA 90807-0948<br><br>Patricia L. Mitchell<br>Shawn Khorrami<br>Shawn Khorrami Law Offices<br>14550 Haynes St.<br>3rd Floor<br>Van Nuys, CA 91411 |
| N.D. Fla.; 3:04-cv-00388 | Burt | *Attorney for Plaintiffs Benjamin R. Burt and Shirley Burt*<br>Virginia M. Buchanan<br>Levin Papantonio Thomas Mitchell Echsner & Proctor P.A.<br>316 S. Baylen St., Suite 600<br>Pensacola, FL 32501-5996 |
| M.D. Fla.; 2:04-cv-00539 | Dunleavey | *Attorneys for Plaintiff Frances Dunleavey and the Estate of Edward Dunleavey*<br>James John Zonas<br>James J. Zonas, Attorney at Law<br>700 2nd Avenue, N.<br>Suite 102<br>Naples, FL 34102 |
| S.D. Fla.; 04-cv-22799 | Fontanilles | *Attorney for Plaintiff Clara Fontanilles* |

|  |  | Lance August Harke<br>Harke & Clasby<br>155 S. Miami Avenue<br>Suite 600<br>Miami, FL 33130<br><br>*Attorney for Defendant Merck & Co., Inc*:<br>Sharon L. Kegerreis<br>Hughes Hubbard & Reed<br>201 S. Biscayne Boulevard<br>Suite 2500<br>Miami, GL 33131-4332 |
|---|---|---|
| S.D. Fla.; 04-cv-61429 | Gerber | *Attorneys for Plaintiffs Ellen B. Gerber and Melvin Gerber*<br>Gary Robert Fine<br>Suite 4R<br>633 SE 3rd Avenue<br>Fort Lauderdale, FL 33301<br><br>John P. Coale<br>David K. Lietz<br>Coale Cooley Lietz McInerny & Broadus<br>818 Connecticut Avenue NW<br>Suite 857<br>Washington, DC 20006 |
| S.D. Fla.; 04-cv-80983 | Silber | *Attorney for Plaintiffs Stanley Silber and Susan Silber*<br>C. William Berger<br>Suite 412<br>1499 West Palmetto Park Road<br>Boca Raton, FL 33486 |
| N.D. Ga.; 1:04-cv-03231 | Strickland | *Attorneys for Plaintiff Edna Strickland*<br>Geoffrey Edward Pope<br>Leslie J. Bryan<br>Ralph Irving Knowles, Jr.<br>Doffermyre Shields Canfield Knowles & Devine<br>1355 Peachtree Street, N.E.<br>Suite 1600<br>Atlanta, GA 30309 |
| S.D. Ill.; 3:04-cv-00836 | Bilbrey | *Attorneys for Plaintiff Patricia Bilbrey*<br>David A. Hylla |

| | | |
|---|---|---|
| | | Bilbrey & Hylla<br>Generally Admitted<br>8724 Pin Oak Road<br>P.O. Box 975<br>Edwardsville, IL 62025<br><br>Scott M. Hendler<br>Hendler Law Firm<br>816 Congress Avenue<br>Suite 1230<br>Austin, TX 78701 |
| S.D. Ill.; 3:04-cv-00792 | Ellis | *Attorneys for Plaintiff John Ellis*<br>Darren K. Short<br>Robert D. Rowland<br>Goldenberg, Miller et al.<br>Generally Admitted<br>2227 South State Route 157<br>P.O. Box 959<br>Edwardsville, IL 62025<br><br>*Attorney for Defendants Amerisource Corporation, Bergen Brunswig Drug Company Inc. and Amerisourcebergen*<br>AmerisourceBergen.<br>1300 Morris Drive Suite 100<br>Chesterbrook, PA 19087 |
| S.D. Ill.; 3:04-cv-00804 | Rensing | *Attorneys for Plaintiff Doris Rensing*<br>John J. Driscoll<br>Brown & Crouppen<br>Generally Admitted<br>720 Olive Street<br>Suite 1800<br>St. Louis, MO 63101-2302<br><br>*Attorney for Defendant Leslie Waldron*<br>Stephen G. Strauss<br>Bryan Cave – St. Louis<br>211 North Broadway<br>One Metropolitan Square, Suite 3600<br>St. Louis, MO 63102 |
| D. Ks.; 6:04-cv-01355 | Smith | *Attorney for Plaintiff Betty S. Smith* |

| | | |
|---|---|---|
| | | Mark B. Hutton<br>Hutton & Hutton<br>8100 E. 22nd St., North-Bldg. 1200<br>P.O. Box 638<br>Wichita, KS 67201 |
| D. Ky.; 2:04-cv-00235 | Williams | *Attorney for Plaintiff Daniel K. Williams*<br>Eric C. Deters<br>Eric C. Deters & Associates, P.S.C.<br>5247 Madison Pike<br>Independence, KY 41051 |
| E.D. La.; 04-cv-2937 | Davis | *Attorney for Plaintiff Leonce Davis*<br>Daniel E. Becnel, Jr.<br>Matthew B. Moreland<br>Bradley Douglas Becnel<br>Law Offices of Daniel E. Becnel, Jr.<br>106 W. Seventh St.<br>P.O. Drawer H<br>Reserve, LA 70084 |
| E.D. La.; 04-cv-3060 | Falick | *Attorneys for Plaintiff Howard Mark Falick*<br>Daniel E. Becnel, Jr.<br>Matthew B. Moreland<br>Law Offices of Daniel E. Becnel, Jr.<br>106 W. Seventh St.<br>P.O. Drawer H<br>Reserve, LA 70084 |
| E.D. La.; 04-cv-3053 | Gagola | *Attorneys for Plaintiff Mary V. Gagola*<br>Daniel E. Becnel, Jr.<br>Law Offices of Daniel E. Becnel, Jr.<br>106 W. Seventh St.<br>P.O. Drawer H<br>Reserve, LA 70084<br><br>Kevin Patrick Klibert<br>Kevin P. Klibert, Attorney at Law<br>3101 Haring Rd.<br>Metairie, LA 70006 |
| E.D. La.; 04-cv-3065 | Gottsegen | *Attorneys for Plaintiff Warren L.* |

|  |  | *Gottsegen, M.D.*<br>Stephen Barnett Murray<br>Robert John Diliberto<br>Murray Law Firm<br>LL&E Tower<br>909 Poydras St.<br>Suite 2550<br>New Orleans, LA 70112 |
|---|---|---|
| E.D. La.; 04-cv-3054 | Parr | *Attorneys for Plaintiff Christiane L. Parr*<br>Daniel E. Becnel, Jr.<br>Matthew B. Moreland<br>Law Offices of Daniel E. Becnel, Jr.<br>106 W. Seventh St.<br>P.O. Drawer H<br>Reserve, LA 70084 |
| E.D. La.; 04-cv-3056 | Robertson | *Attorneys for Plaintiff Delores Thomas Robertson*<br>Daniel E. Becnel, Jr.<br>Law Offices of Daniel E. Becnel, Jr.<br>106 W. Seventh St.<br>P.O. Drawer H<br>Reserve, LA 70084<br><br>Salvadore Christina, Jr.<br>Law Office of Salvadore Christina, Jr.<br>126 Colonial Heights<br>River Ridge, LA 70123 |
| E.D. La.; 04-cv-3055 | Savage | *Attorneys for Plaintiff Clifton Adam Savage, Sr.*<br>Diane Kay Zink<br>Law Office of Diane K. Zink<br>425 W. Airline Hwy.<br>Suite B<br>LaPlace, LA 70068<br><br>Bradley Douglas Becnel<br>Law Offices of Daniel E. Becnel, Jr.<br>P.O. Drawer H<br>106 W. Seventh St.<br>Reserve, LA 70084 |
| M.D. La.; 04-cv-803 | Benoit | *Attorneys for Plaintiff James* |

|  |  | *Edward Benoit*<br>Daniel E. Becnel, Jr.<br>Matthew B. Moreland<br>Law Offices of Daniel E. Becnel, Jr.<br>P.O. Drawer H<br>106 W. Seventh St.<br>Reserve, LA 70084 |
|---|---|---|
| M.D. La.; 04-cv-802 | Bracken | *Attorneys for Plaintiff Dorothy Bracken*<br>Daniel E. Becnel, Jr.<br>Matthew B. Moreland<br>Law Offices of Daniel E. Becnel, Jr.<br>P.O. Drawer H<br>106 W. Seventh St.<br>Reserve, LA 70084 |
| M.D. La.; 04-cv-801 | Brown | *Attorneys for Plaintiff Wilson Brown*<br>Daniel E. Becnel, Jr.<br>Bradley Douglas Becnel<br>Law Offices of Daniel E. Becnel, Jr.<br>P.O. Drawer H<br>106 W. Seventh St.<br>Reserve, LA 70084 |
| M.D. La.; 04-cv-804 | Chiszle | *Attorneys for Plaintiff Clarence Chiszle*<br>Daniel E. Becnel, Jr.<br>Matthew B. Moreland<br>Law Offices of Daniel E. Becnel, Jr.<br>P.O. Drawer H<br>106 W. Seventh St.<br>Reserve, LA 70084 |
| M.D. La.; 04-cv-776 | Hudson | *Attorney for Plaintiff Linda Kay Hudson*<br>Daniel E. Becnel, Jr.<br>Law Offices of Daniel E. Becnel, Jr.<br>P.O. Drawer H<br>106 W. Seventh St.<br>Reserve, LA 70084 |
| M.D. La.; 04-cv-800 | Wilkinson | *Attorneys for Plaintiff Jesse Wilkinson*<br>Daniel E. Becnel, Jr. |

| | | |
|---|---|---|
| | | Matthew B. Moreland<br>Law Offices of Daniel E. Becnel, Jr.<br>P.O. Drawer H<br>106 W. Seventh St.<br>Reserve, LA 70084 |
| W.D. La.; 5:04-cv-02269 | Bates | *Attorney for Plaintiffs Leroy Bates and Catherine Bates*<br>Robert E. Piper, Jr.<br>Piper & Associates<br>P.O. Box 69<br>Shreveport, LA 71161 |
| W.D. La.; 5:04-cv-02272 | Burns | *Attorney for Plaintiffs Lendell and Annie Burns*<br>Robert E. Piper, Jr.<br>Piper & Associates<br>P.O. Box 69<br>Shreveport, LA 71161 |
| W.D. La.; 5:04-cv-02275 | Butler | *Attorney for Plaintiffs Maynard Butler and Mary Butler*<br>Robert E. Piper, Jr.<br>Piper & Associates<br>P.O. Box 69<br>Shreveport, LA 71161 |
| W.D. La.; 5:04-cv-02276 | Evans | *Attorney for Plaintiffs Marion Evans and Garnett Evans*<br>Robert E. Piper, Jr.<br>Piper & Associates<br>P.O. Box 69<br>Shreveport, LA 71161 |
| W.D. La.; 5:04-cv-02271 | Harper | *Attorney for Plaintiff Josephine Harper*<br>Robert E. Piper, Jr.<br>Piper & Associates<br>P.O. Box 69<br>Shreveport, LA 71161 |
| W.D. La.; 6:04-cv-02174 | Lavergne | *Attorneys for Plaintiff Donna Lavergne*<br>Richard J. Arsenault<br>Neblett Beard & Arsenault<br>P.O. Box 1190<br>Alexandria, LA 71309-1190<br><br>Calvin C. Fayard, Jr.<br>Fayard & Honeycutt<br>519 Florida Ave. S.W. |

| | | |
|---|---|---|
| | | Denham Springs, LA 70726<br><br>Vance R. Andrus<br>Andrus Boudreaux et al.<br>P.O. Box 3347<br>Lafayette, LA 70502 |
| W.D. La.; 5:04-cv-02270 | McKnight | *Attorney for Plaintiff Vaughn McKnight*<br>Robert E. Piper, Jr.<br>Piper & Associates<br>P.O. Box 69<br>Shreveport, LA 71161 |
| W.D. La.; 5:04-cv-02273 | Sadler | *Attorney for Plaintiff Leona Sadler*<br>Robert E. Piper, Jr.<br>Piper & Associates<br>P.O. Box 69<br>Shreveport, LA 71161 |
| W.D. La.; 5:04-cv-02274 | Tice | *Attorney for Plaintiffs William Tice and Martha Tice*<br>Robert E. Piper, Jr.<br>Piper & Associates<br>P.O. Box 69<br>Shreveport, LA 71161 |
| W.D. La.; 3:04-cv-02110 | Warren | *Attorney for Plaintiffs Calvin Warren and Jessica Warren*<br>Jeffrey D. Guerriero<br>Guerriero & Guerriero<br>P.O. Box 4092<br>Monroe, LA 71211-4092 |
| W.D. La.; 3:04-cv-02126 | White | *Attorneys for Plaintiff Vicki White*<br>Jewel E. Welch, III<br>Rebecca A. Cunard<br>Cunard Law Firm<br>9214 Interline Ave.<br>Baton Rouge, LA 70809<br><br>*Attorneys for Defendant Merck & Co., Inc.*<br>Richard C. Stanley<br>Bryan C. Reuter<br>Jennifer L. Thornton<br>Stanley Flanagan & Reuter<br>909 Poydras St. Ste. 2500<br>New Orleans, LA 70112 |
| W.D. La.; 5:04-cv-02268 | Wright | *Attorney for Plaintiffs Herchial* |

| | | |
|---|---|---|
| | | *Wright and Frances Wright*<br>Robert E. Piper, Jr., Jr.<br>Piper & Associates<br>P.O. Box 69<br>Shreveport, LA 71161 |
| D. Md.; 8:04-cv-03604 | Jeffers | *Attorneys for Plaintiffs Daniel Martin Jeffers and Barbara Ann Jeffers*<br>Patrick A. Malone<br>Denis Charles Mitchell<br>Stein Mitchell and Mezines LLP<br>1100 Connecticut Ave. NW, Suite 1100<br>Washington DC 20036 |
| D. Mn.; 0:04-cv-04754 | Homister | *Attorneys for Plaintiff Shirley Homister*<br>Richard A. Lockridge<br>Yvonne M. Flaherty<br>Lockridge Grindal Nauen<br>100 Washington Ave. S.<br>Suite 2200<br>Minneapolis, MN 55401 |
| S.D. Miss.; 04-cv-372 | Melton | *Attorney for Plaintiff Jerry Melton*<br>Richard A. Freese<br>Sweet & Freese<br>P.O. Box 1178<br>Jackson, MS 39215<br><br>*Attorney for Defendant Amerisource Corporation*<br>Amerisource, Inc.<br>2330 Shawnee Mission Parkway<br>Westwood, KS 66205<br><br>*Attorney for Defendants Bergen Brunswig Drug Company Inc. and Amerisourcebergen*<br>Bergen Brunswig<br>P.O. Box 959<br>Valley Forge, PA 19482 |
| D. Mo.; 6:04-cv-05117 | Young | *Attorney for Plaintiff Russell Young*<br>William R. Robb<br>Aleshire, Robb & Sivils, P.C.<br>901 St. Louis Street |

| | | |
|---|---|---|
| | | Suite 1600<br>Springfield, MO 65806 |
| D.N.J.; 3:04-cv-05341 | Aguero | *Attorney for Plaintiffs Brenda Aguero and Sherrill Herke*<br>Esther Eva Berezofsky<br>Williams, Cuker & Berezofsky, Esqs.<br>Woodland Falls Corporate Center<br>210 Lake Drive East<br>Suite 101<br>Cherry Hill, NJ 08002-1163 |
| D.N.J.; 3:04-cv-05178 | Besaw | *Attorney for Plaintiff Patrick Besaw*<br>Joseph J. Depalma<br>Lite, Depalma, Greenberg and Rivas, LCC<br>Two Gateway Center<br>12th Floor<br>Newark, NJ 07102-5003 |
| E.D.N.Y.; 1:04-cv-04686 | Fialo | *Attorney for Plaintiff Lorraine Fialo*<br>John Michael D'Amato Jr.<br>Russo, Scamardella & D'Amato, P.C.<br>1010 Forest Avenue<br>Staten Island, NY 10310 |
| E.D.N.Y.; 1:04-cv-04606 | Mell | *Attorney for Plaintiff Alan Mell*<br>Edwin T. Mulhern<br>Huwel & Mulhern<br>11 New Hyde Park Road<br>Franklin Square, NY 11010 |
| S.D.N.Y.; 1:04-cv-08297 | McNaughton | *Attorney for Plaintiff Walter McNaughton*<br>Richard J. Weiner<br>Weiner Carroll & Strauss<br>119 Rockland Center – Suite 425<br>Nanuet, NY 10954 |
| S.D.N.Y.; 1:04-cv-08959 | Pagan | *Attorneys for Plaintiffs Carmen M. Pagan and Clairse Brown*<br>Christopher A. Seeger<br>David R. Buchanan<br>Seeger Weiss LLP<br>550 Broad Street, Suite 920<br>Newark, NJ 07102<br><br>C. Mark Whitehead III |

| | | |
|---|---|---|
| | | The Whitehead Law Firm<br>610 Baronne Street<br>New Orleans, LA 70113 |
| N.D. Oh.; 1:04-cv-02217 | Jones | *Attorneys for Plaintiffs Danford K. Jones and Gilda C. Jones*<br>David C. Landever<br>R. Eric Kennedy<br>Weisman, Kennedy & Berris<br>Ste. 1600<br>101 Prospect Avenue, W<br>Cleveland, OH 44115 |
| N.D. Oh.; 1:04-cv-02209 | Knoll | *Attorneys for Plaintiff Marjory Knoll*<br>Andrew S. Goldwasser<br>Phillip A. Ciano<br>Ciano & Goldwasser<br>460 MK Ferguson Plaza<br>1500 West Third Street<br>Cleveland, OH 44113<br><br>Charles M. Murray<br>John T. Murray<br>Murray & Murray<br>111 East Shoreline Drive<br>P.O. Box 19<br>Sandusky, OH 44870-0019<br><br>Mark A. DiCello<br>Robert J. DiCello<br>Law Office of Robert J. DiCello<br>7556 Mentor Avenue<br>Western Reserve Law Building<br>Mentor, OH 44060 |
| N.D. Oh.; 1:04-cv-02229 | Meadows | *Attorneys for Plaintiff James E. Meadows*<br>John T. Murray<br>Murray & Murray<br>111 East Shoreline Drive<br>P.O. Box 19<br>Sandusky, OH 44870-0019<br><br>Mark A. DiCello<br>Robert J. DiCello<br>Law Office of Robert J. DiCello<br>7556 Mentor Avenue<br>Western Reserve Law Building |

| | | |
|---|---|---|
| | | Mentor, OH 44060<br><br>Phillip A. Ciano<br>Ciano & Goldwasser<br>460 MK Ferguson Plaza<br>1500 West Third Street<br>Cleveland, OH 44113 |
| N.D. Oh.; 1:04-cv-02245 | Moldovan | *Attorneys for Plaintiffs Wanda Moldovan and Gregory Moldovan*<br>Nicholas A. DiCello<br>Stuart E. Scott<br>Susan E. Petersen<br>Spangenberg, Shibley & Liber<br>2400 National City Center<br>1900 East Ninth Street<br>Cleveland, OH 44114-3400 |
| E.D. Pa.; 2:04-cv-04900 | Carr | *Attorney for Plaintiff Gwendolyn L. Carr*<br>John K. Weston<br>Sacks Weston Smolinsky Albert & Luber, LLC<br>510 Walnut Street<br>Suite 400<br>Philadelphia, PA 19106 |
| E.D. Pa.; 2:04-cv-05077 | Engle | *Attorney for Plaintiff Fred S. Engle*<br>Daniel N. Gallucci<br>Roda & Nast PC<br>801 Estelle Dr.<br>Lancaster, PA 17601 |
| E.D. Pa.; 2:04-cv-05130 | Sirota | *Attorney for Plaintiffs Merrick Sirota and Michele Sirota*<br>Lee B. Balefsky<br>Kline & Specter<br>1525 Locust Street<br>19th Floor<br>Philadelphia, PA 19102 |
| D. Puerto Rico; 3:04-cv-02263 | Gonzalez-Arias | *Attorneys for Plaintiffs Rafael Gonzalez-Arias, Robert A. Gonzalez, Hilda Rita Gonzalez*<br>Eric M. Quetglas-Jordan<br>Quetglas Law Office<br>P.O. Box 16606<br>San Juan, PR 00908-6606 |
| E.D. Tx.; 1:04-cv-00684 | Hall | *Attorneys for Plaintiffs Arthur* |

| | | |
|---|---|---|
| | | *Clifford Hall, Eliot Hall and Frank Harold Hall*<br>Steven Carl Barkley<br>Attorney at Law<br>3560 Delaware<br>Suite 305<br>Beaumont, TX 77706<br><br>Cimron Campbell<br>Pearson & Campbell<br>2394 Calder Avenue<br>Beaumont, TX 77702<br><br>*Attorneys for Defendant Merck & Co., Inc.*<br>Richard L. Josephson<br>Maryanne Lyons<br>Travis James Sales<br>Baker Botts LLP<br>910 Louisiana<br>Suite 3000 One Shell Plaza<br>Houston, TX 77002 |
| E.D. Tx.; 2:04-cv-00376 | Jolley | *Attorney for Plaintiffs Bill Jolley, Barbara Irvin, James Hollandsworth, David Young, Shirley Smith, James Ford, John Harrington, James Williams, Ethel Morrison, Jerlene Bailey*<br>Blake Henry Bailey<br>Bailey Law Firm<br>112 South Broadway<br>Tyler, TX 75702 |
| E.D. Tx.; 1:04-cv-00685 | Lewis | *Attorney for Plaintiffs Brenda Lewis and Darylene Lewis*<br>Thomas Jack Pearson<br>Attorney at Law<br>2394 Calder Avenue<br>Beaumont, TX 77702<br><br>*Attorneys for Defendant Merck & Co., Inc.*<br>Richard L. Josephson<br>Maryanne Lyons<br>Travis James Sales<br>Baker Botts LLP<br>910 Louisiana |

| | | |
|---|---|---|
| | | Suite 3000 One Shell Plaza<br>Houston, TX 77002 |
| E.D. Tx.; 1:04-cv-00686 | Painton | *Attorney for Plaintiffs Billie Painton and Jack Painton*<br>Thomas Jack Pearson<br>Attorney at Law<br>2394 Calder Avenue<br>Beaumont, TX 77702<br><br>*Attorneys for Defendant Merck & Co., Inc.*<br>Richard L. Josephson<br>Maryanne Lyons<br>Travis James Sales<br>Baker Botts LLP<br>910 Louisiana<br>Suite 3000 One Shell Plaza<br>Houston, TX 77002 |
| E.D. Tx.; 1:04-cv-00703 | Richard | *Attorneys for Plaintiffs Lovincy Richard, Ervin Richard, Calvin Richard, Rena Jones, Kernis Richard, Lon Richard, Gloria Allen, Larry Richard*<br>Thomas Jack Pearson<br>Cimron Campbell<br>Pearson & Campbell<br>2394 Calder Avenue<br>Beaumont, TX 77702<br><br>*Attorneys for Defendant Merck & Co., Inc.*<br>Richard L. Josephson<br>Maryanne Lyons<br>Travis James Sales<br>Baker Botts LLP<br>910 Louisiana<br>Suite 3000 One Shell Plaza<br>Houston, TX 77002<br><br>*No appearance yet entered:*<br>Alford's Pharmacy<br>5897 West Port Arthur Road<br>Port Arthur, TX 77640 |
| E.D. Tx.; 2:04-cv-00406 | Williamson | *Attorneys for Plaintiff Marian Williamson*<br>David Neil Smith |

| | | |
|---|---|---|
| | | Nix Patterson & Roach LLP<br>205 Linda Drive<br>Daingerfield, TX 75638<br><br>Todd Harlin Ramsey<br>Bailey Crowe & Kugler LLP<br>901 Main Street<br>Suite 4600<br>Dallas, TX 75202 |
| S.D. Tx.; 4:04-cv-04201 | Balch | *Attorney for Plaintiff Peggy J. Balch*<br>Michael T. Gallagher<br>Gallagher Young et al<br>777 Walker Street<br>Suite 2500<br>Houston, TX 77002 |
| S.D. Tx.; 4:04-cv-04187 | Fears | *Attorney for Plaintiff Reginald K. Fears*<br>Reginald K. Fears<br>#679336<br>James H. Byrd Unit<br>21 FM 247<br>Huntsville, TX 77320<br>PRO SE |
| S.D. Tx.; 4:04-cv-04206 | Gilmore | *Attorney for Plaintiff Charles C. Gilmore*<br>David P. Matthews<br>Abraham Watkins et al<br>800 Commerce Street<br>Houston, TX 77002-1776 |
| S.D. Tx.; 4:04-cv-04327 | Gregory | *Attorney for Plaintiff William B. Gregory Jr.*<br>Robert J. Diliberto<br>Murray Law Firm<br>909 Poydras Street, Suite 2550<br>New Orleans, LA 70112 |
| S.D. Tx.; 4:04-cv-04208 | Hale | *Attorney for Plaintiff Donna Hale*<br>David P. Matthews<br>Abraham Watkins et al<br>800 Commerce Street<br>Houston, TX 77002-1776 |
| S.D. Tx.; 7:04-cv-00373 | Hinojosa | *Attorneys for Plaintiff Maria Emma Hinojosa*<br>David Hadden Hockema<br>Jose Joe Escobedo, Jr.<br>Hockema Tippit and Escobedo |

| | | |
|---|---|---|
| | | P.O. Box 720540<br>McAllen, TX 78504-0540<br><br>Mauro Fernando Ruiz<br>Hockema Tippit et al<br>1 Paseo Del Prado<br>Bldg. 101<br>Edinburg, TX 78539 |
| S.D. Tx.; 2:04-cv-00544 | Sandoval | *Attorneys for Plaintiff Audona Sandoval*<br>Kathryn A. Snapka<br>Gregory Wayne Turman<br>Richard B. Waterhouse, Jr.<br>Craig D. Henderson<br>Aditi Anita Shahani<br>Snapka & Turman LLP<br>P.O. Box 23017<br>606 N. Caranacahua<br>Corpus Christi, TX 78403 |
| S.D. Tx.; 4:04-cv-04205 | Stout | *Attorney for Plaintiff John R. Stout*<br>David P. Matthews<br>Abraham Watkins et al<br>800 Commerce Street<br>Houston, TX 77002-1776 |
| S.D. Tx.; 4:04-cv-04207 | White | *Attorney for Plaintiff Johnny White*<br>David P. Matthews<br>Abraham Watkins et al<br>800 Commerce Street<br>Houston, TX 77002-1776 |
| S.D. Tx.; 4:04-cv-04209 | Young | *Attorney for Plaintiff Bernadette Young*<br>David P. Matthews<br>Abraham Watkins et al<br>800 Commerce Street<br>Houston, TX 77002-1776 |
| W.D. Tx.; 04-cv-707 | Bauman | *Attorneys for Plaintiffs Larry Lee Bauman, Lisa Bauman Tolbertt, Kelly Bauman Mincher, Ernest Charles Bauman, III, Mary Carla Moses and Leslie Lynn Bauman Clay*<br>James L. Wright<br>W. Thomas Jacks<br>Mithoff & Jacks L.L.P. |

| | | |
|---|---|---|
| | | Franklin Plaza<br>111 Congress Ave., Suite 1010<br>Austin, TX 78701-0001 |
| W.D. Tx.; 04-CV-731 | Reed | *Attorneys for Plaintiff Carolyn Reed*<br>Kathryn Snapka<br>Greg W. Turman<br>Rick B. Waterhouse<br>Aditi Anita Shanani<br>Snapka & Turman L.L.P.<br>P.O. Drawer 23017<br>Corpus Christi, TX 78403<br><br>Craig D. Henderson<br>Gary, Thomasson, Hall & Marks, Professional Corporation<br>P.O. Box 2888<br>210 S. Carancahua<br>Corpus Christi, TX 78403<br><br>*Attorneys for Defendant Merck & Co., Inc.*<br>Richard L. Josephson<br>Maryanne Lyons<br>Travis James Sales<br>W. Zachary Hughes<br>Baker Botts LLP<br>910 Louisiana<br>Suite 3000 One Shell Plaza<br>Houston, TX 77002<br><br>*No appearance yet entered:*<br>Daniel Minor<br>1032 Cardinal Dr.<br>Waco, TX 76712<br><br>*No appearance yet entered:*<br>Jennifer Fadal Weaver<br>1305 Fossil Ridge Trial<br>Waco, TX 76712<br><br>*Not yet served:*<br>John Kelly<br><br>*Not yet served:*<br>Dennis Harris |