U.S. DISTRICT COURTS SERVED WITH
VIOXX® PRODUCTS LIABILITY MDL MOTION—SUPPLEMENTAL SERVICE LIST


U.S. District Court for the District of New Jersey (3rd Circuit)
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Rm. 2020
Trenton, NJ 08608


U.S. District Court for the District of Puerto Rico (3rd Circuit)
Clemente Ruiz-Nazario U.S. Courthouse & Federico Degetau Federal Building
150 Carlos Chardon Street
Hato Rey, P.R. 00918


U.S. District Court for the Eastern District of Louisiana (5th Circuit)
George Arceneaux Jr.
United States District Courthouse
8046 Main Street
Houma, LA 70360


U.S. District Court for the Western District of Louisiana (5th Circuit)
800 Lafayette Street, Suite 2100
Lafayette, LA 70501

And

U.S. District Court for the Western District of Louisiana (5th Circuit)
201 Jackson Street
Monroe, LA 71210-1148


U.S. District Court for the Eastern District of Texas (5th Circuit)
U.S. District Clerk
100 E. Houston, Room 125
Marshall, TX 75670


U.S. District Court for the Eastern District of Kentucky (6th Circuit)
Lynn Battaglia, Deputy in Charge
35 West 5th Street
P.O. Box 1073
Covington, KY 41012-1073

U.S. District Court for the District of Kansas (8th Circuit)
401 N. Market
204 U.S. Courthouse
Wichita, KS 67202


U.S. District Court for the Western District of Missouri (8th Circuit)
United States Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65808


U.S. District Court for the Northern District of California (9th Circuit)
Clerk's Office
450 Golden Gate Avenue—16th Floor
San Francisco, CA 94102


U.S. District Court for the District of Northern District of Florida (11th Circuit)
United States Courthouse
1 North Palafox Street
Pensacola, FL 32502


U.S. District Court for the Middle District of Florida (11th Circuit)
U.S. Courthouse & Federal Building
2110 First Street
Ft. Myers, FL 33901

U.S. District Court for the Southern District of Florida (11th Circuit)
U.S. Federal Building & Courthouse
299 East Broward Boulevard
Room 108
Fort Lauderdale, FL 33301

And

U.S. District Court for the Southern District of Florida (11th Circuit)
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street Room 402
West Palm Beach, FL 33401