AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Frank R. Saia

v.

Merck & Co., Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04  12166  RCL

TO: (Name and address of Defendant)

Merck & Co., Inc
CT Corp. Systems
101 Federal St
Boston, MA 02110

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Stephen V. Saia
Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                OCT 14 2004
CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________ Date ____________ *Signature of Server*

____________ *Address of Server*

Deputy Sheriff John Cotter

Attest/Copies ($5.00) Total Charges $42.00

Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00),

Federal Street, 3rd Floor Boston, MA. U.S. District Court Fee ($5.00), Basic

time of service for Merck & Co., Inc., at , C/O CT Corporation Systems, 101

To wit, by delivering in hand to Y.Concepcion, agent and person in charge at the

attested copy of the Summons and Complaint in this action in the following manner:

I hereby certify and return that on 2/2/2005 at 10:05AM I served a true and

February 3, 2005

Deputy Sheriff

Suffolk, ss.

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999